NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S)
OR OF PARTY APPEARING IN PRO PER

Dale K. Galipo
Law Offices of Dale K. Galipo
21800 Burbank Blvd., Ste. 310
Woodland Hills, CA 91367
Tel: 818.347.3333 / Fax: 818.347.4118

ATTORNEY(S) FOR:

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

CATHY RUSCH, et al.

Plaintiff(s),

v.

LOS ANGELES COUNTY METROPOLITAN TRANSPORTATION AUTHORITY, et al.

Defendant(s)

CASE NUMBER:

**CERTIFICATION AND NOTICE OF INTERESTED PARTIES**
(Local Rule 7.1-1)

TO:   THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for   Plaintiffs
or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| 1. Cathy Rusch; | 1. Plaintiff |
| 2. Stephen Rusch; | 2. Plaintiff |
| 3. Los Angeles County Metropolitan Transportation Authority; | 3. Defendant |
| 4. Universal Protection Service LP, dba Allied Universal Security Services; | 4. Defendant |
| 5. Inter-Con Security Systems, Inc.; and | 5. Defendant |
| 6. Does 1-10, Inclusive | 6. Defendant |

December 30, 2025
Date

/s/ Dale K. Galipo
Signature

Attorney of record for (or name of party appearing in pro per):

Plaintiffs