1  Dale K. Galipo, Esq. (SBN 144074)
   dalekgalipo@yahoo.com
2  Renee V. Masongsong, Esq. (SBN 281819)
   rvalentine@galipolaw.com
3  LAW OFFICES OF DALE K. GALIPO
   21800 Burbank Blvd., Suite 310
4  Woodland Hills, CA 91367
   Tel: (818) 347-3333 / Fax: (818) 347-4118
5

6

7  **UNITED STATES DISTRICT COURT**
   **CENTRAL DISTRICT OF CALIFORNIA**
8

| | | |
|---|---|---|
| 9 | CATHY RUSCH, individually and as successor in interest to Ryan Ludwick, deceased; STEPHEN RUSCH, individually and as successor in interest to Ryan Ludwick, deceased, | Case No. |
| 12 | Plaintiffs, | *Assigned to*: District Judge Magistrate Judge |
| 13 | vs. | |
| 14 | LOS ANGELES COUNTY METROPOLITAN TRANSPORTATION AUTHORITY; UNIVERSAL PROTECTION SERVICE LP, dba ALLIED UNIVERSAL SECURITY SERVICES; INTER-CON SECURITY SYSTEMS, INC.; and DOES 1-10, inclusive, | **DECLARATION OF CATHY RUSCH AS SUCCESSOR-IN-INTEREST TO RYAN LUDWICK, DECEASED** |
| 18 | Defendants. | |

DECLARATION OF CATHY RUSCH AS SUCCESSOR-IN-INTEREST TO RYAN LUDWICK, DECEASED

# DECLARATION OF CATHY RUSCH AS SUCCESSOR-IN-INTEREST TO RYAN LUDWICK, DECEASED

Pursuant to California Code of Civil Procedure § 377.32, I, Cathy Rusch do hereby declare as follows:

1. My name is Cathy Rusch. I am a competent adult over the age of eighteen and the mother of Ryan Ludwick, deceased.

2. I am personally familiar with the facts contained herein and would and could competently testify thereto if called upon to do so.

3. The decedent's name is Ryan Ludwick ("Decedent").

4. Decedent is my natural son.

5. Decedent passed away on May 7, 2024, in Hollywood, California.

6. No proceeding is now pending in California for administration of Decedent's estate.

7. I am Decedent's successor in interest as defined in Section 377.11 of the California Code of Civil Procedure and I succeed to Decedent's interest in this action or proceeding as the mother of Decedent.

8. No other person has a superior right to commence this action or proceeding.

9. A copy of the death certificate of Decedent is attached hereto as "Exhibit A."

I, Cathy Rusch, declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on December 29, 2025 in Santa Clarita, California.

Signed by:
*Cathy Rusch*
D7AD180E4E2740D...
Cathy Rusch