# EXHIBIT A

# STATE OF CALIFORNIA
## CERTIFICATION OF VITAL RECORD

# COUNTY OF LOS ANGELES
### DEPARTMENT OF PUBLIC HEALTH

**STATE FILE NUMBER:** 3052024122604
**LOCAL REGISTRATION NUMBER:** 3202419026981

## CERTIFICATE OF DEATH
STATE OF CALIFORNIA

### DECEDENT'S PERSONAL DATA
- **1. NAME OF DECEDENT—FIRST:** RYAN
- **2. MIDDLE:** EMERSON R
- **3. LAST (Family):** LUDWICK
- **4. DATE OF BIRTH:** 03/09/1993
- **5. AGE YRS:** 31
- **8. SEX:** M
- **9. BIRTH STATE/FOREIGN COUNTRY:** CA
- **10. SOCIAL SECURITY NUMBER:** 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
- **11. EVER IN U.S. ARMED FORCES?:** No (X)
- **12. MARITAL STATUS:** NEVER MARRIED
- **7. DATE OF DEATH:** 05/07/2024
- **8. HOUR:** 0926
- **13. EDUCATION:** SOME COLLEGE
- **14/15. HISPANIC:** No (X)
- **16. RACE:** CAUCASIAN
- **17. USUAL OCCUPATION:** LABORER
- **18. KIND OF BUSINESS OR INDUSTRY:** CONSTRUCTION
- **19. YEARS IN OCCUPATION:** 7

### USUAL RESIDENCE
- **20. DECEDENT'S RESIDENCE:** 14280 YELLOWSTONE LANE
- **21. CITY:** CANYON COUNTRY
- **22. COUNTY/PROVINCE:** LOS ANGELES
- **23. ZIP CODE:** 91387
- **24. YEARS IN COUNTY:** 31
- **25. STATE/FOREIGN COUNTRY:** CA

### INFORMANT
- **26. INFORMANT'S NAME, RELATIONSHIP:** CATHY RUSCH, MOTHER
- **27. INFORMANT'S MAILING ADDRESS:** 14280 YELLOWSTONE LANE UNIT #201, CANYON COUNTRY, CA 91387

### SPOUSE/SRDP AND PARENT INFORMATION
- **31. NAME OF FATHER/PARENT—FIRST:** ROBERT
- **32. MIDDLE:** EMERSON
- **33. LAST:** LUDWICK
- **34. BIRTH STATE:** CA
- **35. NAME OF MOTHER/PARENT—FIRST:** CATHY
- **36. MIDDLE:** SUE
- **37. LAST (BIRTH NAME):** CARLO
- **38. BIRTH STATE:** FL

### FUNERAL DIRECTOR / LOCAL REGISTRAR
- **39. DISPOSITION DATE:** 06/12/2024
- **40. PLACE OF FINAL DISPOSITION:** LUDWICK FAMILY RESIDENCE, 14280 YELLOWSTONE LANE, CANYON COUNTRY, CA 91387
- **41. TYPE OF DISPOSITION:** CREMATE/RESIDENCE
- **45. SIGNATURE OF EMBALMER:** NOT EMBALMED
- **44. NAME OF FUNERAL ESTABLISHMENT:** CRIPPEN MORTUARY
- **45. LICENSE NUMBER:** FD402
- **46. SIGNATURE OF LOCAL REGISTRAR:** MUNTU DAVIS MD
- **47. DATE:** 06/11/2024

### PLACE OF DEATH
- **101. PLACE OF DEATH:** SIDEWALK
- **103. IF OTHER THAN HOSPITAL:** Other (X)
- **104. COUNTY:** LOS ANGELES
- **105. FACILITY ADDRESS OR LOCATION:** CORNER OF NORTH VERMONT AVE AND DE LONGPRE AVE
- **106. CITY:** LOS ANGELES

### CAUSE OF DEATH
- **107. CAUSE OF DEATH:**
  - IMMEDIATE CAUSE (A): GUNSHOT WOUNDS OF BACK
- **Time interval:** RAPID
- **Coroner case #:** 2024-07541
- **108. BIOPSY PERFORMED?:** NO (X)
- **110. AUTOPSY PERFORMED?:** YES (X)
- **111. USED IN DETERMINING CAUSE?:** YES (X)
- **112. OTHER SIGNIFICANT CONDITIONS CONTRIBUTING TO DEATH:** NONE
- **113. WAS OPERATION PERFORMED FOR ANY CONDITION IN ITEM 107 OR 112?:** NO
- **113A. DECEDENT PREGNANT IN LAST YEAR:** NO (X)

### CORONER'S USE ONLY
- **119. MANNER OF DEATH:** Homicide (X)
- **120. INJURED AT WORK?:** No (X)
- **121. INJURY DATE:** 05/07/2024
- **122. HOUR:** 0910
- **123. PLACE OF INJURY:** OTHER: SIDEWALK
- **124. DESCRIBE HOW INJURY OCCURRED:** SHOT BY OTHER(S)
- **125. LOCATION OF INJURY:** CORNER OF NORTH VERMONT AVE AND DE LONGPRE AVE, LOS ANGELES, CA 90027
- **126. SIGNATURE OF CORONER / DEPUTY CORONER:** EVONNE R. JACKSON
- **127. DATE:** 05/21/2024
- **128. TYPE NAME, TITLE OF CORONER / DEPUTY CORONER:** EVONNE R. JACKSON, DEP CORONER

---

### CERTIFIED COPY OF VITAL RECORD
STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

This is a true certified copy of the record filed in the County of Los Angeles Department of Public Health if it bears the Registrar's signature in purple ink.



\* 0 0 4 3 4 2 5 1 2 \*

JUN 12 2024

Health Officer and Registrar       DATE ISSUED

This copy not valid unless prepared on engraved border displaying seal and signature of Registrar.

ANY ALTERATION OR ERASURE VOIDS THIS CERTIFICATE

| Crippen Mortuary- FD 402  Since 1928 | Crippen's Santa Clarita Valley- FD 1952 |
|---|---|
| *Successors to Eckerman-Heisman Funeral Service* | Burial & Cremation Service |
| 2900 Honolulu Ave * La Crescenta, Ca. 91214 | 16653 Sierra Highway. * Canyon Country, Ca. 91351 |
| (818) 249-6131 * (818) 249-6957 Fax | (661) 250-1435 * (661) 250-1557 Fax |

*www.CrippenMortuary.com*

### Crippen Mortuary Direct Cremation
#### Not including Visitation, Viewing, Services or Scattering of Cremains

| | |
|---|---|
| • Funeral Director and Staff Basic Fee For Direct Cremation | $ 2495.00 |
| • Local Transfer of Remains to Funeral Home (30 Mile Radius) | $ 495.00 |
| • Refrigeration of Remains (1 Week) | $ 695.00 |
| • Alternative Cardboard Cremation Container (Min. Req by CA Law) | $ 95.00 |
| • Additional Transportation for delivery to and from the Crematory | $ 395.00 |
| • Plastic Urn (Included from Crematory) Non Decorative Plastic Box Urn | 0.00 |
| • **Subtotal** (Without Discount) | **$ 4175.00** |
| No Hidden Fees | |
| • Total Crippen Discount Package | $ 2495.00 |

**Your Savings on Direct Cremation is $ 1680.00**

**See Reverse Side for Optional/Upgraded Cremation Container Pictures & Pricing→**

### This Package Does Not Include The Following:

- Bathing/Hair Wash & Dressing of Unembalmed Remains (Alternative Care of Deceased $395.00)
- Embalming, Bathing, Hair Washing, Dressing, & Cosmetics ($795.00)
- Air Tray (Required for ALL Decedents Weighing Over 300 lbs.) ($395.00+ CA Sales Tax)
- Added Crematory Fees for Oversized Decedents (As Quoted for each lbs. Over 300)
- Family Witness of Cremation at Crematory (As Quoted)
- Added Cremation Fee for use of Wood Casket or Air Tray– (As Quoted)
- Rush Cremation (As Quoted) Same Day if Available (Availability is NOT GUARANTEED)
- Additional Transportation Outside of L.A. County ($395.00)
- Certified Copies Of Death Certificate ($24.00 each) As of 01/01/22
- Disposition Permit ($12.00) as of 01/01/22
- Any Cemetery Charges (Opening & Closing, Marker, Niche Plate, etc.)
- Applicable CA Sales Tax Is Not Included

*Ask how you can lock in this low fee, before prices increase

**Shown Example of: Minimum State Required Alternative Cardboard Cremation Container**



*(Prices subject to change without notice)*
*2023 CRIPPEN DISCOUNT SERVICE PACKAGES Last Updated: 09/01/2023*