Dale K. Galipo, Esq. (SBN 144074)
dalekgalipo@yahoo.com
Renee V. Masongsong, Esq. (SBN 281819)
rvalentine@galipolaw.com
LAW OFFICES OF DALE K. GALIPO
21800 Burbank Blvd., Suite 310
Woodland Hills, CA 91367
Tel: (818) 347-3333 / Fax: (818) 347-4118

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CATHY RUSCH, individually and as successor in interest to Ryan Ludwick, deceased; STEPHEN RUSCH, individually and as successor in interest to Ryan Ludwick, deceased,<br><br>Plaintiffs,<br><br>vs.<br><br>LOS ANGELES COUNTY METROPOLITAN TRANSPORTATION AUTHORITY; UNIVERSAL PROTECTION SERVICE LP, dba ALLIED UNIVERSAL SECURITY SERVICES; INTER-CON SECURITY SYSTEMS, INC.; and DOES 1-10, inclusive,<br><br>Defendants. | Case No.<br><br>*Assigned to*:<br>District Judge<br>Magistrate Judge<br><br>**DECLARATION OF STEPHEN RUSCH AS SUCCESSOR-IN-INTEREST TO RYAN LUDWICK, DECEASED** |

# DECLARATION OF CATHY RUSCH AS SUCCESSOR-IN-INTEREST TO RYAN LUDWICK, DECEASED

Pursuant to California Code of Civil Procedure § 377.32, I, Stephen Rusch, do hereby declare as follows:

1. My name is Stephen Rusch. I am a competent adult over the age of eighteen and the Stepfather of Ryan Ludwick, deceased.

2. I am personally familiar with the facts contained herein and would and could competently testify thereto if called upon to do so.

3. The decedent's name is Ryan Ludwick ("Decedent").

4. Decedent is my stepson.

5. Decedent passed away on May 7, 2024, in Hollywood, California.

6. No proceeding is now pending in California for administration of Decedent's estate.

7. I am Decedent's successor in interest as defined in Section 377.11 of the California Code of Civil Procedure and I succeed to Decedent's interest in this action or proceeding as the stepfather of Decedent.

8. No other person has a superior right to commence this action or proceeding.

9. A copy of the death certificate of Decedent is attached hereto as "Exhibit A."

I, Stephen Rusch, declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on 12/29/2025, in Santa Clarita, California.

Signed by:
Stephen Rusch

DECLARATION OF STEPHEN RUSCH AS SUCCESSOR-IN-INTEREST TO RYAN LUDWICK, DECEASED