# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Cathy Rusch, et al., <br><br> PLAINTIFF(S) <br> v. <br> Los Angeles County Metropolitan Transportation Authority, et al., <br><br> DEFENDANT(S). | CASE NUMBER <br><br> 2:25-cv-12355-FLA-PDx <br><br> **ORDER TO REASSIGN CASE UPON RECUSAL OF MAGISTRATE JUDGE** <br> ☒ FOR DISCOVERY <br> ☐ PER GENERAL ORDER 05-07 |

The undersigned Magistrate Judge to whom the above-entitled case was referred, being of the opinion that he/she should not hear said case by reason of:

28 U.S.C. § 455

HEREBY ORDERS the case reassigned by the Clerk in accordance with General Order 05-07.

January 12, 2026
Date

*Patricia Donahue*
United States Magistrate Judge

## NOTICE TO COUNSEL FROM THE CLERK

This case has been randomly referred to Magistrate Judge **Alka Sagar**. On all documents subsequently filed in this case, please substitute the initials **AS** after the case number in place of the initials of the prior judge, so that the case number will read **2:25-cv-12355-FLA-ASx**. This is very important because the documents are routed to the assigned judges by means of these initials

*cc:   Previous Magistrate Judge*