Dale K. Galipo, Esq. (SBN 144074)
dalekgalipo@yahoo.com
Renee V. Masongsong, Esq. (SBN 281819)
rvalentine@galipolaw.com
LAW OFFICES OF DALE K. GALIPO
21800 Burbank Blvd., Suite 310
Woodland Hills, CA 91367
Tel: (818) 347-3333 / Fax: (818) 347-4118

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

CATHY RUSCH, individually and as successor in interest to Ryan Ludwick, deceased; STEPHEN RUSCH, individually and as successor in interest to Ryan Ludwick, deceased,

Plaintiffs,

vs.

LOS ANGELES COUNTY METROPOLITAN TRANSPORTATION AUTHORITY; UNIVERSAL PROTECTION SERVICE LP, dba ALLIED UNIVERSAL SECURITY SERVICES; INTER-CON SECURITY SYSTEMS, INC.; and DOES 1-10, inclusive,

Defendants.

Case No. 2:25-cv-12355-FLA-AS

*Assigned to*:
Hon. Fernando L. Aenlle-Rocha

**PROOF OF SERVICE OF SUMMONS AND COMPLAINT**

**TO THIS HONORABLE COURT:**

In accordance with Rule 4(l)(1) of the Federal Rules of Civil Procedure, and Central District Local Rule 5-3.1, Plaintiffs hereby submit their proof of service of the Complaint, Summons, and other documents on Defendants LOS ANGELES COUNTY METROPOLITAN TRANSPORTATION AUTHORITY (attached as Exhibit "A"), UNIVERSAL PROTECTION SERVICE LP, dba ALLIED UNIVERSAL SECURITY SERVICES, (attached as Exhibit "B"), and INTER-CON SECURITY SYSTEMS, INC., (attached as Exhibit "C").

DATED: March 27, 2026          **LAW OFFICES OF DALE K. GALIPO**


                    By:   */s/*    *Renee V. Masongsong*
                          _____
                          Renee V. Masongsong
                          *Attorneys for Plaintiffs*

PROOF OF SERVICE OF SUMMONS AND COMPLAINT