# EXHIBIT A

POS-010

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)* | FOR COURT USE ONLY |
|---|---|
| Dale K. Galipo, Esq. (SBN 144074)<br>LAW OFFICES OF DALE K. GALIPO<br>21800 Burbank Boulevard, Suite 310 Woodland Hills, CA 91367<br>TELEPHONE NO.: (818) 347-3333 \| FAX NO. \| E-MAIL ADDRESS<br>ATTORNEY FOR *(Name):* : | |

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF**

STREET ADDRESS: 411 West 4th Street

CITY AND ZIP CODE: Santa Ana, CA 92701

BRANCH NAME: FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PLAINTIFF/PETITIONER: Cathy Rusch, individually and as successor in interest to Ryan Ludwick, deceased; et al.<br>DEFENDANT/RESPONDENT: Los Angeles County Metropolitan Transportation Authority; et al. | CASE NUMBER:<br>2:25-cv-12355 FLA (PDx) |

| PROOF OF SERVICE OF SUMMONS | Ref. No. or File No.:<br>2564767GG |
|---|---|

*(Separate proof of service is required for each party served.)*

1. At the time of service I was at least 18 years of age and not a party to this action.
2. I served copies of:
   a. ☑ Summons
   b. ☑ Complaint
   c. ☐ Alternative Dispute Resolution (ADR) package
   d. ☐ Civil Case Cover Sheet
   e. ☐ Cross-Complaint
   f. ☑ other *(specify documents):* **SEE ATTACHED LIST OF DOCUMENTS**
3. a. Party served *(specify name of party as shown on documents served):*
   **Los Angeles County Metropolitan Transportation Authority; Universal Protection Service LP, dba Allied Universal Security Services; Inter-Con Security Systems, Inc.**

   b. ☑ Person (other than the party in item 3a) served on behalf of an entity or as an authorized agent (and not a person under item 5b on whom substituted service was made) *(specify name and relationship to the party named in item 3a):*
   **Yaneli Martinez, Records Analyst, Authorized person to accept service of process.**
4. Address where the party was served: **1 Gateway Plaza**
   **Los Angeles, CA 90012**
5. I served the party *(check proper box)*
   a. ☑ **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on *(date):* **3/19/2026**   (2) at *(time):* **10:41 PM**

   b. ☐ **by substituted service.** On *(date):* at *(time):* I left the documents listed in item 2 with or in the presence of *(name and title or relationship to person indicated in item 3):*

   (1) ☐ **(business)** a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served. I informed him of her of the general nature of the papers.

   (2) ☐ **(home)** a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the party. I informed him or her of the general nature of the papers.

   (3) ☐ **(physical address unknown)** a person at least 18 years of age apparently in charge at the usual mailing address of the person to be served, other than a United States Postal Service post office box. I informed him of her of the general nature of the papers.

   (4) ☐ I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc., §415.20). I mailed the documents on *(date):* from *(city):*    **or** ☐ a declaration of mailing is attached.

   (5) ☐ I attach a **declaration of diligence** stating actions taken first to attempt personal service.

Page 1 of 2

| | | |
|---|---|---|
| Form Approved for Mandatory Use<br>Judicial Council of California<br>POS-010 [Rev. January 1, 2007] | **PROOF OF SERVICE OF SUMMONS** | Code of Civil Procedure, § 417.10<br>**POS010-1/2564767** |

| Plaintiff: Cathy Rusen, individually and as successor in interest to Ryan Ludwick, deceased; et al. | CASE NUMBER: |
|---|---|
| Defendant: Los Angeles County Metropolitan Transportation Authority; et al. | 2:25-cv-12355 FLA (PDx) |

c. ☐ **by mail and acknowledgment of receipt of service.** I mailed the documents listed in item 2 to the party, to the address shown in item 4, by first-class mail, postage prepaid,

(1) on *(date):*                                        (2) from *(city):*

(3) ☐ with two copies of the *Notice and Acknowledgment of Receipt* and a postage-paid return envelope addressed to me. *(Attach completed* Notice and Acknowledgement of Receipt.) (Code Civ. Proc., § 415.30.)

(4) ☐ to an address outside California with return receipt requested. (Code Civ. Proc., § 415.40.)

d. ☐ **by other means** *(specify means of service and authorizing code section):*

☐ Additional page describing service is attached.

6. The "Notice to the Person Served" (on the summons) was completed as follows:

a. ☐ as an individual defendant.

b. ☐ as the person sued under the fictitious name of *(specify):*

c. ☐ as occupant.

d. ☑ On behalf of *(specify):* **Los Angeles County Metropolitan Transportation Authority; Universal Protection Service LP, dba Allied Universal Security Services; Inter-Con Security Systems, Inc.**

under the following Code of Civil Procedure section:

☐ 416.10 (corporation)                    ☐ 415.95 (business organization, form unknown)
☐ 416.20 (defunct corporation)            ☐ 416.60 (minor)
☐ 416.30 (joint stock company/association) ☐ 416.70 (ward or conservatee)
☐ 416.40 (association or partnership)     ☐ 416.90 (authorized person)
☐ 416.50 (public entity)                  ☐ 415.46 (occupant)
                                          ☑ other: **FRCP 4(i)(2)**

7. **Person who served papers**

a. Name: **Bibiana Nunez - Ace Attorney Service, Inc.**

b. Address: **800 S. Figueroa Street, Suite 900  Los Angeles, CA 90017**

c. Telephone number: **(213) 623-3979**

d. **The fee** for service was: **$ 176.46**

e. I am:

(1) ☐ not a registered California process server.

(2) ☐ exempt from registration under Business and Professions Code section 22350(b).

(3) ☑ registered California process server:

(i) ☐ owner    ☑ employee    ☐ independent contractor.

(ii) Registration No.: **PS-6729**

(iii) County: **ORANGE**

8. ☑ **I declare** under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

or

9. ☐ **I am a California sheriff or marshal and** I certify that the foregoing is true and correct.

Date: **3/20/2026**

| **Bibiana Nunez** | ▶ | *Bib* |
|---|---|---|
| (NAME OF PERSON WHO SERVED PAPERS/SHERIFF OR MARSHAL) | | (Signature - Per CC §1633.7) |

SHORT TITLE: Cathy Rusch, individually and as successor in interest to Ryan Ludwick, deceased; et al.
vs.
Los Angeles County Metropolitan Transportation Authority; et al.

CASE NUMBER
2:25-cv-12355 FLA
(PDx)

Case 2:25-cv-12355-FLA-AS   Document 13-1   Filed 03/27/26   Page 4 of 4   Page ID #:74

## ATTACHED LIST OF DOCUMENTS

CIVIL COVER SHEET;CERTIFICATION AND NOTICE OF INTERESTED PARTIES;

DECLARATION OF CATHY RUSCH AS SUCCESSOR-IN-INTEREST TO RYAN LUDWICK, DECEASED;

DECLARATION OF STEPHEN RUSCH AS SUCCESSOR-IN-INTEREST TO RYAN LUDWICK, DECEASED;NOTICE OF ASSIGNMENT TO UNITED STATES JUDGES;

NOTICE TO PARTIES OF COURT-DIRECTED ADR PROGRAM;

NOTICE TO COUNSEL RE CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE;

STANDING ORDER;

ORDER TO REASSIGN CASE UPON RECUSAL OF MAGISTRATE JUDGE [FOR DISCOVERY]

(Required for verified pleading) The items on this page stated on information and belief are (specifiy item numbers, **not** line numbers):

This page may be used with any Judicial Council form or any other paper filed with the court.

**Page 2**

Form Adopted by the
Judicial Council of California
MC-020 [New January 1, 1987]

**ADDITIONAL PAGE**

**Attachment to Judicial Council Form or Other Court Paper**

MC020/2564767