# EXHIBIT C

POS-010

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)* | FOR COURT USE ONLY |
|---|---|
| Dale K. Galipo, Esq. (SBN 144074)<br>LAW OFFICES OF DALE K. GALIPO<br>21800 Burbank Boulevard, Suite 310 Woodland Hills, CA 91367<br>TELEPHONE NO.: (818) 347-3333 \| FAX NO.  \| E-MAIL ADDRESS dalekgalipo@yahoo.com<br>ATTORNEY FOR *(Name):* | |

**UNITED STATES DISTRICT COURT**

STREET ADDRESS:

CITY AND ZIP CODE:

BRANCH NAME: FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PLAINTIFF/PETITIONER: CATHY RUSCH, individually and as successor in interest to Ryan Ludwick, deceased; et al<br><br>DEFENDANT/RESPONDENT: LOS ANGELES COUNTY METROPOLITAN TRANSPORTATION AUTHORITY; et al | CASE NUMBER:<br><br>2:25-cv-12355-FLA-PD |
| **PROOF OF SERVICE OF SUMMONS** | Ref. No. or File No.:<br>2564764M |

*(Separate proof of service is required for each party served.)*

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of:
   a. ☑ Summons
   b. ☑ Complaint
   c. ☐ Alternative Dispute Resolution (ADR) package
   d. ☐ Civil Case Cover Sheet
   e. ☐ Cross-Complaint
   f. ☑ other *(specify documents):* **SEE ATTACHED LIST OF DOCUMENTS**

3. a. Party served *(specify name of party as shown on documents served):*
   **INTER-CON SECURITY SYSTEMS, INC.**

   b. ☑ Person (other than the party in item 3a) served on behalf of an entity or as an authorized agent (and not a person under item 5b on whom substituted service was made) *(specify name and relationship to the party named in item 3a):*
   **Paracorp Incorporated, Agent for Service fo Process by serving Ayanna Anderson, authorized person to accept service of process**

4. Address where the party was served: **2804 Gateway Oaks Drive, Suite 100**
   **Sacramento, CA 95833**

5. I served the party *(check proper box)*
   a. ☑ **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on *(date):* **3/18/2026** (2) at *(time):* **1:48 PM**

   b. ☐ **by substituted service.** On *(date):* at *(time):* I left the documents listed in item 2 with or in the presence of *(name and title or relationship to person indicated in item 3):*

   (1) ☐ **(business)** a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served. I informed him of her of the general nature of the papers.

   (2) ☐ **(home)** a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the party. I informed him or her of the general nature of the papers.

   (3) ☐ **(physical address unknown)** a person at least 18 years of age apparently in charge at the usual mailing address of the person to be served, other than a United States Postal Service post office box. I informed him of her of the general nature of the papers.

   (4) ☐ I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc., §415.20). I mailed the documents on *(date):* from *(city):* **or** ☐ a declaration of mailing is attached.

   (5) ☐ I attach a **declaration of diligence** stating actions taken first to attempt personal service.

Page 1 of 2

| | | |
|---|---|---|
| Form Approved for Mandatory Use<br>Judicial Council of California<br>POS-010 [Rev. January 1, 2007] | **PROOF OF SERVICE OF SUMMONS** | Code of Civil Procedure, § 417.10<br>**POS010-1/2564764** |

| Plaintiff: CATHY RUSCH, individually and as successor in interest to Ryan Ludwick, deceased; et al | CASE NUMBER: 2:25-cv-12355-FLA-PD |
|---|---|
| Defendant: LOS ANGELES COUNTY METROPOLITAN TRANSPORTATION AUTHORITY; et al | |

c. ☐ **by mail and acknowledgment of receipt of service.** I mailed the documents listed in item 2 to the party, to the address shown in item 4, by first-class mail, postage prepaid,

    (1) on *(date):*                            *(2) from (city):*

    (3) ☐ with two copies of the *Notice and Acknowledgment of Receipt* and a postage-paid return envelope addressed to me. *(Attach completed* Notice and Acknowledgement of Receipt.) (Code Civ. Proc., § 415.30.)

    (4) ☐ to an address outside California with return receipt requested. (Code Civ. Proc., § 415.40.)

d. ☐ **by other means** *(specify means of service and authorizing code section):*

    ☐ Additional page describing service is attached.

6. The "Notice to the Person Served" (on the summons) was completed as follows:

  a. ☐ as an individual defendant.
  b. ☐ as the person sued under the fictitious name of *(specify):*
  c. ☐ as occupant.
  d. ☑ On behalf of *(specify):* **INTER-CON SECURITY SYSTEMS, INC.**
    under the following Code of Civil Procedure section:

    ☐ 416.10 (corporation)             ☐ 415.95 (business organization, form unknown)
    ☐ 416.20 (defunct corporation)      ☐ 416.60 (minor)
    ☐ 416.30 (joint stock company/association)  ☐ 416.70 (ward or conservatee)
    ☐ 416.40 (association or partnership)    ☐ 416.90 (authorized person)
    ☐ 416.50 (public entity)             ☐ 415.46 (occupant)
                                 ☑ other: **FRCP 4(h)(1)**

7. **Person who served papers**
  a. Name: **Ahmad Raza - Ace Attorney Service, Inc.**
  b. Address: **800 S. Figueroa Street, Suite 900  Los Angeles, CA 90017**
  c. Telephone number: **(213) 623-3979**
  d. **The fee** for service was: **$ 152.96**
  e. I am:

    (1) ☐ not a registered California process server.
    (2) ☐ exempt from registration under Business and Professions Code section 22350(b).
    (3) ☑ registered California process server:
      (i) ☐ owner    ☑ employee    ☐ independent contractor.
      (ii) Registration No.: **2025-042**
      (iii) County: **SACRAMENTO**

8. ☑ **I declare** under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

    or

9. ☐ **I am a California sheriff or marshal and** I certify that the foregoing is true and correct.

Date: **3/25/2026**

_____
**Ahmad Raza**
(NAME OF PERSON WHO SERVED PAPERS/SHERIFF OR MARSHAL)

▶ *Ahmad Raza*
(Signature - Per CC §1633.7)

SHORT TITLE: CATHY RUSCH, individually and as successor in interest to Ryan Ludwick, deceased, et al vs. LOS ANGELES COUNTY METROPOLITAN TRANSPORTATION AUTHORITY; et al

CASE NUMBER
2:25-cv-12355-FLA-PD

Case 2:25-cv-12355-FLA-AS    Document 13-3    Filed 03/27/26    Page 4 of 4    Page ID #:82

ATTACHED LIST OF DOCUMENTS

CIVIL COVER SHEET

CERTIFICATION AND NOTICE OF INTERESTED PARTIES

DECLARATION OF CATHY RUSCH SUCCESSOR-IN-INTEREST TO RYAN LUDWICK, DECEASED

DECLARATION OF STEPHEN RUSCH AS SUCCESSOR-IN-INTEREST TO RYAN LUDWICK, DECEASED

NOTICE OF ASSIGNMENT TO UNITED STATES JUDGES

NOTICE TO PARTIES OF COURT-DIRECTED ADR PROGRAM

NOTICE TO COUNSEL RE CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

STANDING ORDER

ORDER TO REASSIGN CASE UPON RECUSAL OF MAGISTRATE JUDGE - FOR DISCOVERY

(Required for verified pleading) The items on this page stated on information and belief are (specifiy item numbers, **not** line numbers):

This page may be used with any Judicial Council form or any other paper filed with the court.

**Page 2**

Form Adopted by the
Judicial Council of California
MC-020 [New January 1, 1987]

**ADDITIONAL PAGE**

**Attachment to Judicial Council Form or Other Court Paper**

MC020/2564764