Gary Ganchrow – SBN 163994
Annie Yudi Ruan – SBN 345645
PARKER, MILLIKEN, CLARK,
O'HARA & SAMUELIAN
A Professional Corporation
515 South Figueroa Street, 8th Floor
Los Angeles, California 90071-3325
Telephone:  (213) 683-6500
Facsimile:   (213) 683-6669
gganchrow@pmcos.com
aruan@pmcos.com

Attorneys for Defendant
Los Angeles County Metropolitan
Transportation Authority

EXEMPT FROM FEES
GOVT. CODE § 6103

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| CATHY RUSCH, individually and as successor in interest to Ryan Ludwick, deceased; STEPHEN RUSCH, individually and as successor in interest to Ryan Ludwick, deceased,<br><br>Plaintiffs,<br><br>v.<br><br>LOS ANGELES COUNTY METROPOLITAN TRANSPORTATION AUTHORITY; UNIVERSAL PROTECTION SERVICE LP, dba ALLIED UNIVERSAL SECURITY SERVICES; INTER-CON SECURITY SYSTEMS, INC.; and DOES 1-10, inclusive,<br><br>Defendants. | Case No.  2:25-cv-12355-FLA-ASx<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT BY NOT MORE THAN 30 DAYS (L.R. 8-3)**<br><br>Complaint Served: March 19, 2026<br>Current Response Date: April 9, 2026<br>New Response Date: May 11, 2026 |

TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

This Stipulation is entered into by and between Plaintiffs, who are represented by Law Offices of Dale K. Galipo, and Defendant the Los Angeles County Metropolitan Transportation Authority ("MTA"), represented by Parker, Milliken, Clark, O'Hara & Samuelian, A Professional Corporation, based on the

PARKER MILLIKEN
CLARK O'HARA &
SAMUELIAN, A
PROFESSIONAL
CORPORATION

following:

1.    Plaintiffs and MTA hereby stipulate to an initial extension of time of not more than 30 days for MTA to respond to the Complaint pursuant to Local Rule 8-3.

IT IS NOW STIPULATED AND AGREED by and among Plaintiffs and MTA that MTA shall have through and including May 11, 2026 to file a responsive pleading to Plaintiffs' Complaint.

DATED:  April 6, 2026                    PARKER, MILLIKEN, CLARK,
                                         O'HARA & SAMUELIAN
                                         A Professional Corporation


                                         By:         /s/ Gary Ganchrow
                                                  GARY GANCHROW

                                         Attorneys for Defendant
                                         Los Angeles County Metropolitan
                                         Transportation Authority


DATED:  April 6, 2026                    LAW OFFICES OF DALE K. GALIPO


                                         By:         /s/ Renee V. Masongsong
                                                  DALE K. GALIPO
                                                  RENEE V. MASONGSONG

                                         Attorneys for Plaintiffs

PARKER MILLIKEN
CLARK O'HARA &
SAMUELIAN, A
PROFESSIONAL
CORPORATION

STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT BY NOT MORE THAN 30 DAYS (L.R. 8-3)

## PROOF OF SERVICE

***Cathy Rusch, et al. v. Los Angeles County Metropolitan et al.***
***U.S.D.C. Case No. 2:25-cv-12355-FLA-ASx***

I am employed in the County of Los Angeles, State of California.  I am over the age of 18 and not a party to the within action.  My business address is 555 South Flower Street, 30th Floor, Los Angeles, California 90071.

On April 6, 2026 I served the foregoing document described as **STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT BY NOT MORE THAN 30 DAYS (L.R. 8-3)**  on all interested parties, as follows:

☒   TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF): Pursuant to controlling Local Civil Rules, the above-referenced document will be served by the court via NEF and hyperlink to the document. On April 6, 2026, I checked the CM/ECF docket for this federal case and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

Dale K Galipo - dalekgalipo@yahoo.com; dgilbert@galipolaw.com; blevine@galipolaw.com; evalenzuela@galipolaw.com; bjohnson@galipolaw.com; rvalentine@galipolaw.com; slaurel@galipolaw.com; CMayne@galipolaw.com; msincich@galipolaw.com; ldeleon@galipolaw.com; amonguia@galipolaw.com; coopermayne@recap.email; hlee@galipolaw.com

☒   (FEDERAL): I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

PARKER MILLIKEN
CLARK O'HARA &
SAMUELIAN, A
PROFESSIONAL
CORPORATION

- 3 -

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on April 6, 2026 at Los Angeles County, California.

_/s/ Cynthia Martinez_
Cynthia Martinez

PARKER MILLIKEN
CLARK O'HARA &
SAMUELIAN, A
PROFESSIONAL
CORPORATION

- 4 -

STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT BY NOT MORE
THAN 30 DAYS (L.R. 8-3)