Mark A. Johnson, SBN 285489
Farid A. Sharaby, SBN 278259
**WILSON, ELSER, MOSKOWITZ,**
  **EDELMAN & DICKER LLP**
555 South Flower Street, Suite 2900
Los Angeles, CA  90071
Telephone:(213) 443-5100
Facsimile: (213) 443-5101
Email:       Mark.Johnson@wilsonelser.com
Email:       Farid.Sharaby@wilsonelser.com

Attorneys for Defendant,
UNIVERSAL PROTECTION SERVICE, LP
DBA ALLIED UNIVERSAL SECURITY SERVICES

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CATHY RUSCH, individually and as successor in interest to Ryan Ludwick, deceased; STEPHEN RUSCH, individually and as successor in interest to Ryan Ludwick, deceased, <br><br>             Plaintiffs, <br><br> v. <br><br> LOS ANGELES COUNTY METROPOLITAN TRANSPORTATION AUTHORITY; UNIVERSAL PROTECTION SERVICE LP, dba ALLIED UNIVERSAL SECURITY SERVICES; INTER-CON SECURITY SYSTEMS, INC.; and DOES 1-10, inclusive, <br><br>             Defendants. | Case No.: 2:25-cv-12355-FLA-AS <br><br> Hon. Fernando L. Aenlee-Rocha <br> Magistrate Judge Alka Sagar <br><br> **DEFENDANT UNIVERSAL PROTECTION SERVICE, LP DBA ALLIED UNIVERSAL SECURITY SERVICES'S ANSWER TO PLAINTIFFS' COMPLAINT** <br><br> Complaint Filed 12/30/2025 |

TO THE COURT, THE PARTIES, AND THEIR ATTORNEYS OF RECORD:

      Defendant UNIVERSAL PROTECTION SERVICE, LP DBA ALLIED

UNIVERSAL SECURITY SERVICES ("defendant"), in answer to plaintiffs

CATHY RUSCH's (individually and as successor in interest to Ryan Ludwick,

deceased) and STEPHEN RUSCH's (individually and as successor in interest to

332856783v.1

Ryan Ludwick, deceased) (collectively "Plaintiffs") Complaint, admits, denies, and alleges as follows:

## JURISDICTION AND VENUE

1. In answer to Paragraph 1, defendant admits jurisdiction is proper.

2. In answer to Paragraph 2, defendant admits venue is proper.

## INTRODUCTION

3. In answer to Paragraph 4, defendant admits this action is a civil rights and state tort action wherein plaintiffs seek compensatory and punitive damages from defendants and wherein plaintiff alleges violations of rights under the U.S. Constitution and California law regarding a fatal shooting of plaintiffs' son, Ryan Ludwick, on May 7, 2024.  Defendant denies violating plaintiffs' or the decedent's rights.

## PARTIES

4. In answer to Paragraph 4, defendant lacks sufficient information to admit the allegations contained therein, and on that basis denies each and every allegation contained therein.

5. In answer to Paragraph 5, defendant admits Cathy Rusch sues in her individual capacity and as successor in interests to the decedent, and that she seeks both survival and wrongful death damages under federal and state law.  Defendant lacks sufficient information to admit the remaining allegations contained therein, and on that basis denies each and every remaining allegation contained therein.

6. In answer to Paragraph 6, defendant admits Stephen Rusch sues in his individual capacity and as successor in interests to the decedent, and that he seeks both survival and wrongful death damages under federal and state law.  Defendant lacks sufficient information to admit the remaining allegations contained therein, and on that basis denies each and every remaining allegation contained therein.

7. In answer to Paragraph 7, defendant lacks sufficient information to admit the allegations contained therein, and on that basis denies each and every

UNIVERSAL PROTECTION SERVICE, LP DBA ALLIED UNIVERSAL SECURITY SERVICES'S ANSWER TO PLAINTIFFS' COMPLAINT

332856783v.1

allegation contained therein.  Vague as to "LACMTA is responsible for the actions, omissions, policies, procedures, practices, and customs of its various agents and agencies, including Defendant ALLIED UNIVERSAL SECURITY SERVICES . . . and their agents and employees."

8.    In answer to Paragraph 8, defendant admits its principal place of business is Irvine, California and that it provided security services to defendant LACMTA on May 7, 2024.  Defendant lacks sufficient information to admit the remaining allegations contained therein, and on that basis denies each and every remaining allegation contained therein.  Vague as to "actions, omissions, policies, procedures, practices, and customs of its various agents and agencies," and as to "responsible for assuring that the actions, omissions, policies, procedures, practices, and customs of their employees and agents complied with the laws of the United States and the State of California.

9.    In answer to Paragraph 9, defendant lacks sufficient information to admit the allegations contained therein, and on that basis denies each and every allegation contained therein.

10.    In answer to Paragraph 10, defendant denies it or its employees failed to intervene in violation of the decedent's rights.  Defendant lacks sufficient information to admit the remaining allegations contained therein, and on that basis denies each and every remaining allegation contained therein.

11.    In answer to Paragraph 11, defendant lacks sufficient information to admit the allegations contained therein, and on that basis denies each and every allegation contained therein.

12.    In answer to Paragraph 12, defendant lacks sufficient information to admit the allegations contained therein, and on that basis denies each and every allegation contained therein.

13.    In answer to Paragraph 13, defendant lacks sufficient information to admit the allegations contained therein, and on that basis denies each and every

332856783v.1

allegation contained therein.

14.    In answer to Paragraph 14, defendant lacks sufficient information to admit the allegations contained therein, and on that basis denies each and every allegation contained therein.

15.    In answer to Paragraph 15, defendant lacks sufficient information to admit the allegations contained therein, and on that basis denies each and every allegation contained therein.

16.    In answer to Paragraph 16, defendant lacks sufficient information to admit the allegations contained therein, and on that basis denies each and every allegation contained therein.

17.    In answer to Paragraph 17, defendant lacks sufficient information to admit the allegations contained therein, and on that basis denies each and every allegation contained therein.  Further, defendant objects because the allegations are vague.  Defendant denies violating plaintiffs' or the decedent's rights.

18.    In answer to Paragraph 18, admits plaintiffs are suing DOES 1-10 in their individual capacity.

**FACTS COMMON TO ALL CAUSES OF ACTION**

19.    In answer to Paragraph 19, defendant admits plaintiffs repeat and re-allege each and every allegation in the prior paragraphs of the Complaint; defendant incorporates its preceding responses.

20.    In answer to Paragraph 20, defendant lacks sufficient information to admit the allegations contained therein, and on that basis denies each and every allegation contained therein.

21.    In answer to Paragraph 21, defendant lacks sufficient information to admit the allegations contained therein, and on that basis denies each and every allegation contained therein.

22.    In answer to Paragraph 22, defendant denies each and every allegation contained therein to the extent they pertain to defendant or its employees.  With

UNIVERSAL PROTECTION SERVICE, LP DBA ALLIED UNIVERSAL SECURITY SERVICES'S ANSWER TO PLAINTIFFS' COMPLAINT

332856783v.1

respect to others, defendant lacks sufficient information to admit the remaining allegations contained therein, and on that basis denies each and every remaining allegation contained therein.

23.    In answer to Paragraph 23, defendant denies each and every allegation contained therein to the extent they pertain to defendant or its employees.  With respect to others, defendant lacks sufficient information to admit the remaining allegations contained therein, and on that basis denies each and every remaining allegation contained therein.

24.    In answer to Paragraph 24, defendant lacks sufficient information to admit the allegations contained therein, and on that basis denies each and every allegation contained therein.

25.    In answer to Paragraph 25, defendant lacks sufficient information to admit the allegations contained therein, and on that basis denies each and every allegation contained therein.

## FIRST CLAIM FOR RELIEF

### Fourth Amendment—Detention and Arrest (42 U.S.C. § 1983)

(Against Defendants LACMTA, ALLIED UNIVERSAL, INTER-CON, and DOES 1-8)

26.    In answer to Paragraph 26, defendant admits plaintiffs repeat and re-allege each and every allegation in the prior paragraphs of the Complaint; defendant incorporates its preceding responses.

27.    In answer to Paragraph 27, defendant denies each and every allegation contained therein to the extent they pertain to defendant or its employees.  With respect to others, defendant lacks sufficient information to admit the remaining allegations contained therein, and on that basis denies each and every remaining allegation contained therein.

28.    In answer to Paragraph 28, defendant denies each and every allegation contained therein to the extent they pertain to defendant or its employees.  With

respect to others, defendant lacks sufficient information to admit the remaining allegations contained therein, and on that basis denies each and every remaining allegation contained therein.

29.    In answer to Paragraph 29, defendant lacks sufficient information to admit the allegations contained therein, and on that basis denies each and every allegation contained therein.  Further, defendant objects because the allegations are vague.

30.    In answer to Paragraph 30, defendant denies each and every allegation contained therein to the extent they pertain to defendant or its employees.  With respect to others, defendant lacks sufficient information to admit the remaining allegations contained therein, and on that basis denies each and every remaining allegation contained therein.

31.    In answer to Paragraph 31, defendant denies each and every allegation contained therein to the extent they pertain to defendant or its employees.  With respect to others, defendant lacks sufficient information to admit the remaining allegations contained therein, and on that basis denies each and every remaining allegation contained therein.

32.    In answer to Paragraph 32, defendant admits that plaintiffs bring this claim as successors in interest to the decedent and that they seek survival damages and fees and costs.  As to the remaining allegations, defendant lacks sufficient information to admit the remaining allegations contained therein, and on that basis denies each and every remaining allegation contained therein.  Further, defendant objects because the allegations are vague.  Defendant denies violating plaintiffs' or the decedent's rights.

/ / /

/ / /

/ / /

/ / /

6

## SECOND CLAIM FOR RELIEF

### Unreasonable Search and Seizure—Excessive Force (42 U.S.C. § 1983)

(Against Defendants LACMTA, ALLIED UNIVERSAL, INTER-CON, and DOES 1-8)

33.     In answer to Paragraph 33, defendant admits plaintiffs repeat and re-allege each and every allegation in the prior paragraphs of the Complaint; defendant incorporates its preceding responses.

34.     In answer to Paragraph 34, with respect to defendant and its employees, defendant denies that the decedent posed no threat to the safety of any person when pepper spray was deployed, denies that the decedent posed no immediate threat of death or serious bodily injury when he was shot, and denies that the shooting and pepper spray deployment was excessive, unreasonable, unjustified, and inappropriate.  With respect to others, defendant lacks sufficient information to admit the remaining allegations contained therein, and on that basis denies each and every remaining allegation contained therein.

35.     In answer to Paragraph 35, defendant lacks sufficient information to admit the allegations contained therein, and on that basis denies each and every allegation contained therein.

36.     In answer to Paragraph 36, defendant denies each and every allegation contained therein to the extent they pertain to defendant or its employees.  With respect to others, defendant lacks sufficient information to admit the remaining allegations contained therein, and on that basis denies each and every remaining allegation contained therein.

37.     In answer to Paragraph 37, defendant denies each and every allegation contained therein to the extent they pertain to defendant or its employees.  With respect to others, defendant lacks sufficient information to admit the remaining allegations contained therein, and on that basis denies each and every remaining allegation contained therein.

7

332856783v.1

38.   In answer to Paragraph 38, defendant denies each and every allegation contained therein to the extent they pertain to defendant or its employees.  With respect to others, defendant lacks sufficient information to admit the remaining allegations contained therein, and on that basis denies each and every remaining allegation contained therein.

39.   In answer to Paragraph 39, defendant admits that plaintiffs bring this claim as successors in interest to the decedent and that they seek survival damages and fees and costs.  As to the remaining allegations, defendant lacks sufficient information to admit the remaining allegations contained therein, and on that basis denies each and every remaining allegation contained therein.  Further, defendant objects because the allegations are vague.  Defendant denies violating plaintiffs' or the decedent's rights.

### THIRD CLAIM FOR RELIEF

**Unreasonable Search and Seizure—Denial of Medical Care (42 U.S.C. § 1983)**

(Against Defendants LACMTA, ALLIED UNIVERSAL, INTER-CON, and DOES 1-8)

40.   In answer to Paragraph 40, defendant admits plaintiffs repeat and re-allege each and every allegation in the prior paragraphs of the Complaint; defendant incorporates its preceding responses.

41.   In answer to Paragraph 41, defendant denies each and every allegation contained therein to the extent they pertain to defendant or its employees.  With respect to others, defendant lacks sufficient information to admit the remaining allegations contained therein, and on that basis denies each and every remaining allegation contained therein.

42.   In answer to Paragraph 42, defendant denies each and every allegation contained therein to the extent they pertain to defendant or its employees.  With respect to others, defendant lacks sufficient information to admit the remaining allegations contained therein, and on that basis denies each and every remaining

UNIVERSAL PROTECTION SERVICE, LP DBA ALLIED UNIVERSAL SECURITY SERVICES'S ANSWER TO PLAINTIFFS' COMPLAINT

332856783v.1

allegation contained therein.

43.    In answer to Paragraph 43, defendant denies each and every allegation contained therein to the extent they pertain to defendant or its employees.  With respect to others, defendant lacks sufficient information to admit the remaining allegations contained therein, and on that basis denies each and every remaining allegation contained therein.

44.    In answer to Paragraph 44, defendant denies each and every allegation contained therein to the extent they pertain to defendant or its employees.  With respect to others, defendant lacks sufficient information to admit the remaining allegations contained therein, and on that basis denies each and every remaining allegation contained therein.

45.    In answer to Paragraph 45, defendant denies each and every allegation contained therein to the extent they pertain to defendant or its employees.  With respect to others, defendant lacks sufficient information to admit the remaining allegations contained therein, and on that basis denies each and every remaining allegation contained therein.

46.    In answer to Paragraph 46, defendant admits that plaintiffs bring this claim as successors in interest to the decedent and that they seek survival damages and fees and costs.  As to the remaining allegations, defendant lacks sufficient information to admit the remaining allegations contained therein, and on that basis denies each and every remaining allegation contained therein.  Further, defendant objects because the allegations are vague.  Defendant denies violating plaintiffs' or the decedent's rights.

/ / /

/ / /

/ / /

/ / /

/ / /

9

## FOURTH CLAIM FOR RELIEF

**Due Process—Interference of Familial Relationship (42 U.S.C. § 1983)**

(Against Defendants LACMTA, ALLIED UNIVERSAL, INTER-CON, and

DOES 1-8)

47. In answer to Paragraph 47, defendant admits plaintiffs repeat and re-allege each and every allegation in the prior paragraphs of the Complaint; defendant incorporates its preceding responses.

48. In answer to Paragraph 48, defendant objects to the allegation regarding the Fourteenth Amendment as it is not a factual allegation. Defendant lacks sufficient information as to the remaining allegations contained therein, and on that basis denies each and every remaining allegation contained therein.

49. In answer to Paragraph 49, defendant denies each and every allegation contained therein to the extent they pertain to defendant or its employees. With respect to others, defendant lacks sufficient information to admit the remaining allegations contained therein, and on that basis denies each and every remaining allegation contained therein.

50. In answer to Paragraph 50, defendant denies each and every allegation contained therein to the extent they pertain to defendant or its employees. With respect to others, defendant lacks sufficient information to admit the remaining allegations contained therein, and on that basis denies each and every remaining allegation contained therein.

51. In answer to Paragraph 51, defendant denies each and every allegation contained therein to the extent they pertain to defendant or its employees. With respect to others, defendant lacks sufficient information to admit the remaining allegations contained therein, and on that basis denies each and every remaining allegation contained therein.

52. In answer to Paragraph 52, defendant denies each and every allegation contained therein to the extent they pertain to defendant or its employees. With

respect to others, defendant lacks sufficient information to admit the remaining allegations contained therein, and on that basis denies each and every remaining allegation contained therein.

53.     In answer to Paragraph 53, defendant admits that plaintiffs bring this claim individually and that they seek survival damages and fees and costs.  Further, defendant objects because the allegations are vague.  Defendant denies violating plaintiffs' or the decedent's rights.

## FIFTH CLAIM FOR RELIEF

### Municipal Liability—Failure to Train (42 U.S.C. § 1983)

(Against Defendants LACMTA and DOES 9-10)

54.     In answer to Paragraph 54, defendant admits plaintiffs repeat and re-allege each and every allegation in the prior paragraphs of the Complaint; defendant incorporates its preceding responses.

55.     In answer to Paragraph 55, defendant lacks sufficient information to admit the allegations contained therein, and on that basis denies each and every allegation contained therein.

56.     In answer to Paragraph 56, defendant denies each and every allegation contained therein to the extent they pertain to defendant or its employees.  With respect to others, defendant lacks sufficient information to admit the remaining allegations contained therein, and on that basis denies each and every remaining allegation contained therein.

57.     In answer to Paragraph 57, defendant lacks sufficient information to admit the allegations contained therein, and on that basis denies each and every allegation contained therein.

58.     In answer to Paragraph 58, defendant lacks sufficient information to admit the allegations contained therein, and on that basis denies each and every allegation contained therein.

59.     In answer to Paragraph 59, defendant lacks sufficient information to

admit the allegations contained therein, and on that basis denies each and every allegation contained therein.

60.    In answer to Paragraph 60, defendant lacks sufficient information to admit the allegations contained therein, and on that basis denies each and every allegation contained therein.

61.    In answer to Paragraph 61, defendant lacks sufficient information to admit the allegations contained therein, and on that basis denies each and every allegation contained therein.

62.    In answer to Paragraph 62, defendant admits that plaintiffs bring this claim as successors in interest to the decedent and that they seek survival and wrongful death damages and fees and costs.  Defendant denies violating plaintiffs' or the decedent's rights.

## SIXTH CLAIM FOR RELIEF

**Municipal Liability—Unconstitutional Custom or Policy (42 U.S.C. § 1983)**

(Against Defendants LACMTA and DOES 9-10)

63.    In answer to Paragraph 63, defendant admits plaintiffs repeat and re-allege each and every allegation in the prior paragraphs of the Complaint; defendant incorporates its preceding responses.

64.    In answer to Paragraph 64, defendant lacks sufficient information to admit the allegations contained therein, and on that basis denies each and every allegation contained therein.

65.    In answer to Paragraph 65, defendant lacks sufficient information to admit the allegations contained therein, and on that basis denies each and every allegation contained therein.

66.    In answer to Paragraph 66, defendant denies that it or its employees unlawfully detained or arrested the decedent, denies that it or its employees used excessive force against the decedent, and denies that it or its employees denied medical care to the decedent.  Defendant lacks sufficient information to admit the

UNIVERSAL PROTECTION SERVICE, LP DBA ALLIED UNIVERSAL SECURITY SERVICES'S ANSWER TO PLAINTIFFS' COMPLAINT

332856783v.1

remaining allegations contained therein, and on that basis denies each and every remaining allegation contained therein.

67.    In answer to Paragraph 67, defendant denies each and every allegation contained therein to the extent they pertain to defendant or its employees.  With respect to others, defendant lacks sufficient information to admit the remaining allegations contained therein, and on that basis denies each and every remaining allegation contained therein.

68.    In answer to Paragraph 68, defendant denies each and every allegation contained therein to the extent they pertain to defendant or its employees.  With respect to others, defendant lacks sufficient information to admit the remaining allegations contained therein, and on that basis denies each and every remaining allegation contained therein.

69.    In answer to Paragraph 69, defendant denies each and every allegation contained therein to the extent they pertain to defendant or its employees.  With respect to others, defendant lacks sufficient information to admit the remaining allegations contained therein, and on that basis denies each and every remaining allegation contained therein.

70.    In answer to Paragraph 70, defendant denies each and every allegation contained therein to the extent they pertain to defendant or its employees.  With respect to others, defendant lacks sufficient information to admit the remaining allegations contained therein, and on that basis denies each and every remaining allegation contained therein.  Further, defendant objects because the allegations are vague.  Defendant denies violating plaintiffs' or the decedent's rights.

71.    In answer to Paragraph 71, defendant lacks sufficient information to admit the allegations contained therein, and on that basis denies each and every allegation contained therein.

/ / /

/ / /

UNIVERSAL PROTECTION SERVICE, LP DBA ALLIED UNIVERSAL SECURITY SERVICES'S ANSWER TO PLAINTIFFS' COMPLAINT

332856783v.1

72.     In answer to Paragraph 72, defendant admits that plaintiffs bring this claim individually and that they seek survival and wrongful death damages and fees and costs.

## SEVENTH CLAIM FOR RELIEF

### False Arrest/False Imprisonment

(Against Defendants LACMTA, ALLIED UNIVERSAL, INTER-CON, and DOES 1-8)

73.     In answer to Paragraph 73, defendant admits plaintiffs repeat and re-allege each and every allegation in the prior paragraphs of the Complaint; defendant incorporates its preceding responses.

74.     In answer to Paragraph 74, defendant denies each and every allegation contained therein to the extent they pertain to defendant or its employees.  With respect to others, defendant lacks sufficient information to admit the remaining allegations contained therein, and on that basis denies each and every remaining allegation contained therein.

75.     In answer to Paragraph 75, defendant lacks sufficient information to admit the allegations contained therein, and on that basis denies each and every allegation contained therein.

76.     In answer to Paragraph 76, defendant lacks sufficient information to admit the allegations contained therein, and on that basis denies each and every allegation contained therein.

77.     In answer to Paragraph 77, defendant lacks sufficient information to admit the allegations contained therein, and on that basis denies each and every allegation contained therein.

78.     In answer to Paragraph 78, defendant objects to the allegation regarding the Fourteenth Amendment as it is not a factual allegation.  Defendant denies that it or its employees engaged in wrongful acts.  Defendant lacks sufficient information to admit the remaining allegations contained therein, and on

UNIVERSAL PROTECTION SERVICE, LP DBA ALLIED UNIVERSAL SECURITY SERVICES'S ANSWER TO PLAINTIFFS' COMPLAINT

332856783v.1

that basis denies each and every remaining allegation contained therein.

79.    In answer to Paragraph 79, defendant denies each and every allegation contained therein to the extent they pertain to defendant or its employees.  With respect to others, defendant lacks sufficient information to admit the remaining allegations contained therein, and on that basis denies each and every remaining allegation contained therein.

80.    In answer to Paragraph 80, defendant admits that plaintiffs bring this claim individually and as successors in interest to the decedent and that they seek survival and wrongful death damages and fees.  Defendant denies violating plaintiffs' or the decedent's rights.

## EIGHTH CLAIM FOR RELIEF

### Battery (wrongful death and survival claim)

(Against Defendants LACMTA, ALLIED UNIVERSAL, INTER-CON, and DOES 1-8)

81.    In answer to Paragraph 81, defendant admits plaintiffs repeat and re-allege each and every allegation in the prior paragraphs of the Complaint.

82.    In answer to Paragraph 82, defendant lacks sufficient information to admit the allegations contained therein, and on that basis denies each and every allegation contained therein.

83.    In answer to Paragraph 83, defendant lacks sufficient information to admit the allegations contained therein, and on that basis denies each and every allegation contained therein.

84.    In answer to Paragraph 84, defendant denies each and every allegation contained therein to the extent they pertain to defendant or its employees.  With respect to others, defendant lacks sufficient information to admit the remaining allegations contained therein, and on that basis denies each and every remaining allegation contained therein.

85.    In answer to Paragraph 85, defendant denies each and every allegation

UNIVERSAL PROTECTION SERVICE, LP DBA ALLIED UNIVERSAL SECURITY SERVICES'S ANSWER TO PLAINTIFFS' COMPLAINT

332856783v.1

contained therein to the extent they pertain to defendant or its employees.  With respect to others, defendant lacks sufficient information to admit the remaining allegations contained therein, and on that basis denies each and every remaining allegation contained therein.

86.    In answer to Paragraph 86, defendant denies each and every allegation contained therein to the extent they pertain to defendant or its employees.  With respect to others, defendant lacks sufficient information to admit the remaining allegations contained therein, and on that basis denies each and every remaining allegation contained therein.

87.    In answer to Paragraph 87, defendant denies each and every allegation contained therein to the extent they pertain to defendant or its employees.  With respect to others, defendant lacks sufficient information to admit the remaining allegations contained therein, and on that basis denies each and every remaining allegation contained therein.

88.    In answer to Paragraph 88, defendant admits that plaintiffs bring this claim individually and as successors in interest to the decedent and that they seek survival and wrongful death damages and fees.  Defendant denies violating plaintiffs' or the decedent's rights.

### NINTH CLAIM FOR RELIEF

**Negligence (wrongful death and survival claim)**

(Against Defendants LACMTA, ALLIED UNIVERSAL, INTER-CON, and DOES 1-8)

89.    In answer to Paragraph 89, defendant admits plaintiffs repeat and re-allege each and every allegation in the prior paragraphs of the Complaint.

90.    In answer to Paragraph 90, defendant lacks sufficient information to admit the allegations contained therein, and on that basis denies each and every allegation contained therein.

91.    In answer to Paragraph 91, defendant denies each and every allegation

16

contained therein to the extent they pertain to defendant or its employees.  With respect to others, defendant lacks sufficient information to admit the remaining allegations contained therein, and on that basis denies each and every remaining allegation contained therein.

92.    In answer to Paragraph 92, defendant objects to the allegation as it is not a factual allegation.  Defendant denies violating plaintiffs' or the decedent's rights.

93.    In answer to Paragraph 93, including subjections (a) to (f), defendant denies each and every allegation contained therein to the extent they pertain to defendant or its employees.  With respect to others, defendant lacks sufficient information to admit the remaining allegations contained therein, and on that basis denies each and every remaining allegation contained therein.

94.    In answer to Paragraph 94, defendant denies each and every allegation contained therein to the extent they pertain to defendant or its employees.  With respect to others, defendant lacks sufficient information to admit the remaining allegations contained therein, and on that basis denies each and every remaining allegation contained therein.

95.    In answer to Paragraph 95, defendant lacks sufficient information to admit the allegations contained therein, and on that basis denies each and every allegation contained therein.

96.    In answer to Paragraph 96, defendant objects to the allegation as it pertains to California Civil Code § 2338 and the doctrine respondeat superior as it is not a factual allegation.  Defendant denies each and every remaining allegation contained therein to the extent they pertain to defendant or its employees.  With respect to others, defendant lacks sufficient information to admit the remaining allegations contained therein, and on that basis denies each and every remaining allegation contained therein.

97.    In answer to Paragraph 97, defendant admits that plaintiffs bring this

UNIVERSAL PROTECTION SERVICE, LP DBA ALLIED UNIVERSAL SECURITY SERVICES'S ANSWER TO PLAINTIFFS' COMPLAINT

332856783v.1

claim individually and as successors in interest to the decedent and that they seek survival and wrongful death damages and fees.  Defendant denies violating plaintiffs' or the decedent's rights.

### **TENTH CLAIM FOR RELIEF**

### **(Violation of Cal. Civil Code § 52.1)**

**(Against Defendants LACMTA, ALLIED UNIVERSAL, INTER-CON, and DOES 1-8)**

98.    In answer to Paragraph 98, defendant admits plaintiffs repeat and re-allege each and every allegation in the prior paragraphs of the Complaint; defendant incorporates its preceding responses.

99.    In answer to Paragraph 99, defendant objects to the allegation as it pertains to California Civil Code § 52.1 and the doctrine respondeat superior as it is not a factual allegation.  Defendant denies each and every remaining allegation contained therein to the extent they pertain to defendant or its employees.  With respect to others, defendant lacks sufficient information to admit the remaining allegations contained therein, and on that basis denies each and every remaining allegation contained therein.

100.   In answer to Paragraph 100, defendant denies each and every allegation contained therein to the extent they pertain to defendant or its employees.  With respect to others, defendant lacks sufficient information to admit the remaining allegations contained therein, and on that basis denies each and every remaining allegation contained therein.

101.   In answer to Paragraph 101, defendant denies each and every allegation contained therein to the extent they pertain to defendant or its employees.  With respect to others, defendant lacks sufficient information to admit the remaining allegations contained therein, and on that basis denies each and every remaining allegation contained therein.

102.   In answer to Paragraph 102, defendant lacks sufficient information to

UNIVERSAL PROTECTION SERVICE, LP DBA ALLIED UNIVERSAL SECURITY SERVICES'S ANSWER TO PLAINTIFFS' COMPLAINT

332856783v.1

admit the allegations contained therein, and on that basis denies each and every allegation contained therein.

103.   In answer to Paragraph 103, defendant denies each and every allegation contained therein to the extent they pertain to defendant or its employees.  With respect to others, defendant lacks sufficient information to admit the remaining allegations contained therein, and on that basis denies each and every remaining allegation contained therein.

104.   In answer to Paragraph 104, defendant denies each and every allegation contained therein to the extent they pertain to defendant or its employees.  With respect to others, defendant lacks sufficient information to admit the remaining allegations contained therein, and on that basis denies each and every remaining allegation contained therein.

105.   In answer to Paragraph 105, defendant admits that plaintiffs bring this claim as successors in interest to the decedent and that they seek survival damages and fees and costs.  Defendant denies violating plaintiffs' or the decedent's rights.

## AFFIRMATIVE DEFENSES

As separate and distinct affirmative defenses, defendant alleges as follows:

## FIRST AFFIRMATIVE DEFENSE

As a separate and distinct affirmative defense, the Complaint fails to state a claim upon which relief can be granted.

## SECOND AFFIRMATIVE DEFENSE

As a separate and distinct affirmative defense, all of plaintiffs' claims are barred because plaintiffs lacks standing.

## THIRD AFFIRMATIVE DEFENSE

As a separate and distinct affirmative defense, all of plaintiffs' claims are barred because there was no unconstitutional custom, policy, or practice as required by *Monell*.

/ / /

19

## FOURTH AFFIRMATIVE DEFENSE

As a separate and distinct affirmative defense, all of plaintiffs' claims are barred by the doctrine of qualified immunity.

## FIFTH AFFIRMATIVE DEFENSE

As a separate and distinct affirmative defense, all of plaintiffs' claims are barred by the good faith defense.

## SIXTH AFFIRMATIVE DEFENSE

As a separate and distinct affirmative defense, all of plaintiff's claims are barred by application of Eleventh Amendment Immunity.

## SEVENTH AFFIRMATIVE DEFENSE

As a separate and distinct affirmative defense, all of plaintiffs' claims are barred by the applicable statutes of limitations, including but not limited to California *Code of Civil Procedure* § 335.1 and § 340.

## EIGHTH AFFIRMATIVE DEFENSE

As a separate and distinct affirmative defense, all of plaintiffs' claims are barred due to plaintiff's failure to join necessary and/or indispensable parties.

## NINTH AFFIRMATIVE DEFENSE

As a separate and distinct affirmative defense, defendant alleges there was probable cause to arrest the decedent.

## TENTH AFFIRMATIVE DEFENSE

As a separate and distinct affirmative defense, defendant alleges it and its employees acted in self-defense and defense of others.

## ELEVENTH AFFIRMATIVE DEFENSE

As a separate and distinct affirmative defense, defendant alleges the decedent was comparatively at fault.

## TWELFTH AFFIRMATIVE DEFENSE

As a separate and distinct affirmative defense, defendant alleges that to the extent plaintiffs and/or the decedent were injured or damaged as alleged in the

UNIVERSAL PROTECTION SERVICE, LP DBA ALLIED UNIVERSAL SECURITY SERVICES'S ANSWER TO PLAINTIFFS' COMPLAINT

332856783v.1

Complaint, such injuries and damages were a direct and proximate result of the intervening and superseding actions of third parties, and such intervening and superseding actions bars recovery.

### THIRTEENTH AFFIRMATIVE DEFENSE

As a separate and distinct affirmative defense, plaintiffs failed to use reasonable efforts to mitigate damages.

### RESERVATION OF RIGHTS

Defendant presently has insufficient knowledge or information on which to form a belief as to whether it may have additional, as yet unstated affirmative defenses available.  Defendant reserves herein the right to assert additional defenses in the event that the discovery indicates that they would be appropriate.

WHEREFORE, defendant prays as follows:

1. Judgment in favor of defendant and against plaintiffs;

2. For dismissal of the Complaint with prejudice,

3. For costs of suit; and

4. For such other costs and further relief as the Court may deem just and proper.

Dated: April 8, 2026                           WILSON, ELSER, MOSKOWITZ,
                                                              EDELMAN & DICKER LLP


                                               By:    */s/Farid A. Sharaby*
                                                      Mark A. Johnson
                                                      Farid A. Sharaby
                                                      Attorneys for Defendant
                                                      UNIVERSAL PROTECTION SERVICE,
                                                      LP DBA ALLIED UNIVERSAL
                                                      SECURITY SERVICES

21

UNIVERSAL PROTECTION SERVICE, LP DBA ALLIED UNIVERSAL SECURITY SERVICES'S ANSWER TO PLAINTIFFS'
COMPLAINT

332856783v.1

## DEMAND FOR JURY TRIAL

Defendant UNIVERSAL PROTECTION SERVICE, LP DBA ALLIED UNIVERSAL SECURITY SERVICES hereby demands a trial by jury as to all issues of fact properly triable by jury.

Dated: April 8, 2026                        WILSON, ELSER, MOSKOWITZ,
                                            EDELMAN & DICKER LLP


                                    By:    */s/Farid A. Sharaby*
                                            Mark A. Johnson
                                            Farid A. Sharaby
                                            Attorneys for Defendant
                                            UNIVERSAL PROTECTION SERVICE,
                                            LP DBA ALLIED UNIVERSAL
                                            SECURITY SERVICES

UNIVERSAL PROTECTION SERVICE, LP DBA ALLIED UNIVERSAL SECURITY SERVICES'S ANSWER TO PLAINTIFFS' COMPLAINT

332856783v.1