NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S)
OR OF PARTY APPEARING IN PRO PER
Mark A. Johnson, SBN 285489
Farid A. Sharaby, 278259
Wilson Elser Moskowitz Edelman & Dicker LLP
555 South Flower Street, Suite 2900
Los Angeles, CA 90071
(213) 443-5100; fax (213) 443-5101
Mark.Johson@wilsonelsercom; Farid.Sharaby@wilsonelser.com
Universal Protection Service, LP dba Allied
ATTORNEY(S) FOR:  Universal Security Services

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CATHY RUSCH, individually and as successor in interest to Ryan Ludwick, et al.<br><br>Plaintiff(s),<br><br>v.<br><br>Los Angeles County Metropolitan Transportation Authority, et al.<br><br>Defendant(s) | CASE NUMBER:<br><br>2:25-cv-12355-FLA-AS<br><br>**CERTIFICATION AND NOTICE OF INTERESTED PARTIES**<br>**(Local Rule 7.1-1)** |

TO:      THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for      Universal Protection Service, LP dba Allied Universal Security Services
or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case.  These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| Cathy Rusch, individually and as successor in interest to Ryan Ludwick | Plaintiff |
| Stephen Rusch, individually and as successor in interest to Ryan Ludwick | Plaintiff |
| Los Angeles County Metropolitan Transportation Authority | Defendant |
| Universal Protection Service, LP dba Allied Universal Security Services | Defendant |
| Inter-Con Security Services, Inc. | Defendant |

April 8, 2026
Date

/s/Farid A. Sharaby
Signature

Attorney of record for (or name of party appearing in pro per):

Universal Protection Service, LP dba Allied Universal Security

CV-30 (05/13)                     **NOTICE OF INTERESTED PARTIES**