**P O R T E R | S C O T T**

A PROFESSIONAL CORPORATION
William E. Camy, SBN 291397
2180 Harvard Street, Suite 500
Sacramento, CA 95815
TEL: 916.929.1481
FAX: 916.927.3706
wcamy@porterscott.com

Attorneys for Defendant, INTER-CON SECURITY SYSTEMS, INC.
*Exempt from filing fee pursuant to Government Code section 6103*

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CATHY RUSCH, individually and as successor in interest to Ryan Ludwick, deceased; STEPHEN RUSCH, individually and as successor in interest to Ryan Ludwick, deceased,, | **Case No.: 2:25-cv-12355-FLA-AS** |
| Plaintiffs, | **STIPULATION FOR EXTENSION OF TIME TO FILE RESPONSIVE PLEADING** |
| vs. | |
| LOS ANGELES COUNTY METROPOLITAN TRANSPORTATION AUTHORITY; UNIVERSAL PROTECTION SERVICE LP, dba ALLIED UNIVERSAL SECURITY SERVICES; INTER-CON SECURITY SYSTEMS, INC.; and DOES 1-10, inclusive, | Compl. Filed: 12/30/2025 Trial Date: Not Set |
| Defendants.          / | |

IT IS HEREBY STIPULATED by and between Plaintiffs CATHY RUSCH and STEPHEN RUSCH ("Plaintiffs") and Defendant INTER-CON SECURITY SYSTEMS, INC. ("Defendant"), by and through their undersigned counsel, that the time for Defendant herein to respond to the Complaint shall be extended up to and including April 29, 2026, pursuant to Local Rule 8-3.

Dated:    April 16, 2026                    PORTER SCOTT
                                           A PROFESSIONAL CORPORATION


                                           By:    /s/ *William E. Camy*
                                                  William E. Camy
                                                  Attorney for Defendant INTER-CON
                                                  SECURITY SYSTEMS, INC.


Dated:    April 16, 2026                    LAW OFFICES OF DALE K. GALIPO



                                           By:    /s/ *Renee Masongsong*
                                                  Dale K. Galipo
                                                  Renee Masongsong
                                                  Attorneys for Plaintiffs

---

2
STIPULATION FOR EXTENSION OF TIME TO FILE RESPONSIVE PLEADING