**P O R T E R | S C O T T**

A PROFESSIONAL CORPORATION
William E. Camy, SBN 291397
2180 Harvard Street, Suite 500
Sacramento, CA 95815
TEL: 916.929.1481 / FAX: 916.927.3706
wcamy@porterscott.com

Attorneys for Defendant, INTER-CON SECURITY SYSTEMS, INC.

Dale K. Galipo (Bar No. 144074)
dalekgalipo@yahoo.com
Renee V. Masongsong (Bar No. 281819)
rvalentine@galipolaw.com
**LAW OFFICES OF DALE K. GALIPO**
21800 Burbank Boulevard, Suite 310
Woodland Hills, California 91367
Tel:    (818) 347-3333 / Fax:    (818) 347-4118
*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CATHY RUSCH, individually and as successor in interest to Ryan Ludwick, deceased; STEPHEN RUSCH, individually and as successor in interest to Ryan Ludwick, deceased,, <br><br> Plaintiffs, <br><br> vs. <br><br> LOS ANGELES COUNTY METROPOLITAN TRANSPORTATION AUTHORITY; UNIVERSAL PROTECTION SERVICE LP, dba ALLIED UNIVERSAL SECURITY SERVICES; INTER-CON SECURITY SYSTEMS, INC.; and DOES 1-10, inclusive, <br><br> Defendants.                  / | **Case No.: 2:25-cv-12355-FLA-AS** <br><br> STIPULATION FOR DISMISSAL OF INTER-CON SECURITY SYSTEMS ONLY, WITHOUT PREJUDICE <br><br><br> Compl. Filed: 12/30/2025 <br> Trial Date: Not Set |

STIPULATION FOR DISMISSAL OF INTER-CON SECURITY SYSTEMS ONLY, WITHOUT PREJUDICE

IT IS HEREBY STIPULATED by and between Plaintiffs CATHY RUSCH and STEPHEN RUSCH ("Plaintiffs") and Defendant INTER-CON SECURITY SYSTEMS, INC., by and through their undersigned counsel, and pursuant to Federal Rules of Civil Procedure, Rule 41(a)(2), that this Court enter a dismissal of Defendant INTER-CON SECURITY SYSTEMS, INC. only, without prejudice.  Plaintiffs and INTER-CON SECURITY SYSTEMS, INC. agree that should Plaintiffs learn that INTER-CON SECURITY SYSTEMS, INC. employed the individual security officer involved in the incident giving rise to the above-captioned case, or was otherwise involved in the incident giving rise to this lawsuit, then Plaintiffs may reassert their claims against INTER-CON SECURITY SYSTEMS, INC, and in such event, INTER-CON SECURITY SYSTEMS, INC., agrees to waive any defense with respect to the statute of limitations. The Parties shall bear their own costs and attorney fees with respect to this dismissal.

Dated:   April 29, 2026        PORTER SCOTT
A PROFESSIONAL CORPORATION

/s/ William E. Camy

By: _____

William E. Camy
Attorney for Defendant INTER-CON
SECURITY SYSTEMS, INC.

Dated:   April 29, 2026        LAW OFFICES OF DALE K. GALIPO

/s/ Renee V. Masongsong

By: _____

Dale K. Galipo
Renee V. Masongsong
Attorneys for Plaintiffs