# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

CATHY RUSCH, individually and as successor in interest to Ryan Ludwick, deceased; STEPHEN RUSCH, individually and as successor in interest to Ryan Ludwick, deceased,,

                    Plaintiffs,

vs.

LOS ANGELES COUNTY METROPOLITAN TRANSPORTATION AUTHORITY; UNIVERSAL PROTECTION SERVICE LP, dba ALLIED UNIVERSAL SECURITY SERVICES; INTER-CON SECURITY SYSTEMS, INC.; and DOES 1-10, inclusive,

                    Defendants.
                                          /

**Case No.: 2:25-cv-12355-FLA-AS**

PROPOSED ORDER RE: STIPULATION FOR DISMISSAL OF INTER-CON SECURITY SYSTEMS ONLY, WITHOUT PREJUDICE

Compl. Filed: 12/30/2025
Trial Date: Not Set

Having reviewed the Parties' Stipulation for dismissal of Defendant INTER-CON SECURITY SYSTEMS, INC., only, without prejudice, it is hereby ordered as follows:

1. Defendant INTER-CON SECURITY SYSTEMS, INC., is hereby dismissed without prejudice.

2. Pursuant to the Parties' stipulation, should Plaintiffs learn that INTER-CON SECURITY SYSTEMS, INC. employed the individual security officer involved in the incident giving rise to the above-captioned case, or was otherwise involved

in the incident giving rise to this lawsuit, then Plaintiffs may reassert their claims against INTER-CON SECURITY SYSTEMS, INC, and in such event, INTER-CON SECURITY SYSTEMS, INC., agrees to waive any defense with respect to the statute of limitations.

3. The Parties shall bear their own costs and attorney fees with respect to this dismissal.

IT IS SO ORDERED.


DATED:                                    UNITED STATES DISTRICT COURT


_____
Hon. Fernando L. Anelle-Rocha

---

2

PROPOSED ORDER RE: STIPULATION FOR DISMISSAL OF INTER-CON SECURITY SYSTEMS ONLY, WITHOUT PREJUDICE