Gary Ganchrow  – SBN 163994
Annie Yudi Ruan – SBN 345645
PARKER, MILLIKEN, CLARK,
O'HARA & SAMUELIAN
A Professional Corporation
515 South Figueroa Street, 8th Floor
Los Angeles, California 90071-3325
Telephone:   (213) 683-6500
Facsimile:   (213) 683-6669
gganchrow@pmcos.com
aruan@pmcos.com

Attorneys for Defendant
Los Angeles County Metropolitan
Transportation Authority

EXEMPT FROM FEES
GOVT. CODE § 6103

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CATHY RUSCH, individually and as successor in interest to Ryan Ludwick, deceased; STEPHEN RUSCH, individually and as successor in interest to Ryan Ludwick, deceased,<br><br>        Plaintiffs,<br><br>        v.<br><br>LOS ANGELES COUNTY METROPOLITAN TRANSPORTATION AUTHORITY; UNIVERSAL PROTECTION SERVICE LP, dba ALLIED UNIVERSAL SECURITY SERVICES; INTER-CON SECURITY SYSTEMS, INC.; and DOES 1-10, inclusive,<br><br>        Defendants. | Case No.  2:25-cv-12355-FLA-ASx<br><br>**STIPULATION FOR AMENDMENT OF COMPLAINT AND EXTENSION OF TIME TO RESPOND TO AMENDED COMPLAINT (Fed. R. Civ. P. 15(a); L.R. 15-1)**<br><br>Complaint Served: March 19, 2026<br>Current Response Date: May 11, 2026 |

TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

It is stipulated, pursuant to Rule 15(a) of the Federal Rules of Civil Procedure (Fed. R. Civ. P. 15(a)) and Local Rule 15-1 (L.R. 15-1), by and between Plaintiffs, who are represented by Law Offices of Dale K. Galipo, and Defendant the Los Angeles County Metropolitan Transportation Authority ("MTA"), represented by

PARKER MILLIKEN CLARK O'HARA & SAMUELIAN, A PROFESSIONAL CORPORATION

STIPULATION FOR AMENDMENT OF COMPLAINT AND EXTENSION OF TIME TO RESPOND TO AMENDED COMPLAINT (Fed. R. Civ. P. 15(a); L.R. 15-1)

Parker, Milliken, Clark, O'Hara & Samuelian, A Professional Corporation, that:

    1.    Plaintiffs may file on or before May 11, 2026, an amended complaint; and

    2.    MTA shall have 28 days to file a responsive pleading to Plaintiffs' amended complaint.

DATED: May 4, 2026        PARKER, MILLIKEN, CLARK, O'HARA & SAMUELIAN
A Professional Corporation

By:   /s/ *Gary Ganchrow*
       GARY GANCHROW

Attorneys for Defendant
Los Angeles County Metropolitan
Transportation Authority

DATED: May 4, 2026        LAW OFFICES OF DALE K. GALIPO

By:   /s/ *Renee V. Masongsong*
       DALE K. GALIPO
       RENEE V. MASONGSONG

Attorneys for Plaintiffs

Pursuant to Central District Local Rule 5-4.3.4 (a)(2)(i), I, Gary Ganchrow, do hereby attest that all of the signatories listed on this Stipulation, and on whose behalf the filing is submitted, concur in the filing's content and authorize the filing of this Stipulation.

        /s/ *Gary Ganchrow*
        GARY GANCHROW

STIPULATION FOR AMENDMENT OF COMPLAINT AND EXTENSION OF TIME TO RESPOND TO AMENDED COMPLAINT (Fed. R. Civ. P. 15(a); L.R. 15-1)