# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| | CASE NUMBER: |
| CATHY RUSCH, et al. | |
| Plaintiff(s), | 2:25−cv−12355−FLA−AS |
| v. | |
| LOS ANGELES COUNTY METROPOLITAN TRANSPORTATION AUTHORITY, et al. | |
| Defendant(s). | **NOTICE TO FILER OF DEFICIENCIES IN FILED DOCUMENT** |

**PLEASE TAKE NOTICE:**

The following problem(s) have been found with your filed document:

Date Filed:    5/4/2026

Document No.:    22

Title of Document:    Stipulation: Extension of Time to File Response/Reply

**ERROR(S) WITH DOCUMENT:**

Proposed document was not submitted or was not submitted as a separate attachment.

Incorrect event selected. Correct event to be used is: SEE BELOW UNDER OTHER

The filing seeks 2 different types of relief... extension of time to file amended complaint and extension of time to file response thereto... The incorrect event Does not Provide any relief. The format used requires submission of Separate formal proposed order .

Other:

**Note:**   **In response to this notice, the Court may: 1) order an amended or corrected document to be filed; 2) order the document stricken; or 3) take other action as the Court deems appropriate. You need not take any action in response to this notice unless and until the Court directs you to do so.**

Clerk, U.S. District Court

Dated:  May 5, 2026        By:  /s/ *Linda Chai  Linda_Chai@cacd.uscourts.gov*
                      Deputy Clerk

*cc: Assigned District Judge and/or Magistrate Judge*

G−112A(06/24) NOTICE TO FILER OF DEFICIENCIES IN FILED DOCUMENTS

**Please refer to the Court's website at www.cacd.uscourts.gov for Local Rules, General Orders, and applicable forms.**