Dale K. Galipo, Esq. (SBN 144074)
dalekgalipo@yahoo.com
LAW OFFICES OF DALE K. GALIPO
21800 Burbank Blvd., Suite 310
Woodland Hills, CA 91367
Tel: (818) 347-3333 / Fax: (818) 347-4118

Gary Ganchrow  – SBN 163994
Annie Yudi Ruan – SBN 345645
PARKER, MILLIKEN, CLARK,
O'HARA & SAMUELIAN
A Professional Corporation
515 South Figueroa Street, 8th Floor
Los Angeles, California 90071-3325
Telephone:   (213) 683-6500
Facsimile:   (213) 683-6669
gganchrow@pmcos.com
aruan@pmcos.com

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CATHY RUSCH, individually and as successor in interest to Ryan Ludwick, deceased; STEPHEN RUSCH, individually and as successor in interest to Ryan Ludwick, deceased, <br><br> Plaintiffs, <br><br> v. <br><br> LOS ANGELES COUNTY METROPOLITAN TRANSPORTATION AUTHORITY; UNIVERSAL PROTECTION SERVICE LP, dba ALLIED UNIVERSAL SECURITY SERVICES; INTER-CON SECURITY SYSTEMS, INC.; and DOES 1-10, inclusive, <br><br> Defendants. | Case No.  2:25-cv-12355-FLA-ASx <br><br> **STIPULATION FOR DISMISSAL OF DEFENDANT LOS ANGELES COUNTY METROPOLITAN TRANSPORTATION AUTHORITY WITHOUT PREJUDICE** <br><br> Complaint Served: March 19, 2026 <br><br> Current Response Date: May 11, 2026 |

STIPULATION TO DISMISS DEFENDANT LOS ANGELES COUNTY METROPOLITAN TRANSPORTATION AUTHORITY ONLY, WITHOUT PREJUDICE

IT IS HEREBY STIPULATED by and between Plaintiffs CATHY RUSCH and STEPHEN RUSCH ("Plaintiffs") and Defendant LOS ANGELES COUNTY METROPOLITAN TRANSPORTATION AUTHORITY ("LCMTA"), by and through their undersigned counsel, and pursuant to Federal Rules of Civil Procedure, Rule 41(a)(2), that this Court enter a dismissal of Defendant LCMTA only, without prejudice.  Plaintiffs and LCMTA agree that should Plaintiffs learn that LCMTA employed the individual security officer involved in the incident giving rise to the above-captioned case, or was otherwise involved in the incident giving rise to this lawsuit, then Plaintiffs may during the pendency of this lawsuit reassert their claims against LCMTA, and in such event, LCMTA agrees to waive any defense with respect to the statute of limitations. The Parties shall bear their own costs and attorney fees with respect to this dismissal.

DATED: May 8, 2026         PARKER, MILLIKEN, CLARK,
                           O'HARA & SAMUELIAN
                           A Professional Corporation


                           By: _____
                                 GARY GANCHROW
                               Attorneys for Defendant
                               Los Angeles County Metropolitan
                               Transportation Authority


DATED: May 11, 2026        LAW OFFICES OF DALE K. GALIPO


                           By: _/s/ Renee Masongsong_____
                                 DALE K. GALIPO
                                 RENEE V. MASONGSONG
                                 Attorneys for Plaintiffs

- 2 -
STIPULATION TO DISMISS DEFENDANT LOS ANGELES COUNTY METROPOLITAN
TRANSPORTATION AUTHORITY ONLY, WITHOUT PREJUDICE

Pursuant to Local Rule 5-4.3.4 (a)(2)(i), I, Renee V. Masongsong, do hereby attest that all of the signatories listed on this Stipulation, and on whose behalf the filing is submitted, concur in the filing's content and authorize the filing of this Stipulation.

/s/ *Renee V. Masongsong*

_____

STIPULATION TO DISMISS DEFENDANT LOS ANGELES COUNTY METROPOLITAN TRANSPORTATION AUTHORITY ONLY, WITHOUT PREJUDICE