# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

CATHY RUSCH, individually and as successor in interest to Ryan Ludwick, deceased; STEPHEN RUSCH, individually and as successor in interest to Ryan Ludwick, deceased,,

Plaintiffs,

vs.

LOS ANGELES COUNTY METROPOLITAN TRANSPORTATION AUTHORITY; UNIVERSAL PROTECTION SERVICE LP, dba ALLIED UNIVERSAL SECURITY SERVICES; INTER-CON SECURITY SYSTEMS, INC.; and DOES 1-10, inclusive,

Defendants.

**Case No.: 2:25-cv-12355-FLA-AS**

**PROPOSED ORDER RE: STIPULATION FOR DISMISSAL OF DEFENDANT LOS ANGELES COUNTY METROPOLITAN TRANSPORTATION AUTHORITY ONLY, WITHOUT PREJUDICE**

Compl. Filed: 12/30/2025
Trial Date: Not Set

Having reviewed the Parties' Stipulation for Dismissal of Defendant LOS ANGELES COUNTY METROPOLITAN TRANSPORTATION AUTHORITY, only, without prejudice, it is hereby ordered as follows:

1. LOS ANGELES COUNTY METROPOLITAN TRANSPORTATION AUTHORITY ("LCMTA"), is hereby dismissed without prejudice.

2. Pursuant to the Parties' stipulation, should Plaintiffs learn that LCMTA employed the individual security officer involved in the incident giving rise to

PROPOSED ORDER RE: STIPULATION FOR DISMISSAL OF DEFENDANT LOS ANGELES COUNTY METROPOLITAN TRANSPORTATION AUTHORITY ONLY, WITHOUT PREJUDICE

the above-captioned case, or was otherwise involved in the incident giving rise to this lawsuit, then Plaintiffs may during the pendency of this lawsuit reassert their claims against LCMTA and in such event, LCMTA, agrees to waive any defense with respect to the statute of limitations.

3. The Parties shall bear their own costs and attorney fees with respect to this dismissal.

IT IS SO ORDERED.


DATED:                                    UNITED STATES DISTRICT COURT


                                          _____
                                          Hon. Fernando L. Anelle-Rocha

PROPOSED ORDER RE: STIPULATION FOR DISMISSAL OF DEFENDANT LOS ANGELES COUNTY
METROPOLITAN TRANSPORTATION AUTHORITY ONLY, WITHOUT PREJUDICE