UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CATHY RUSCH, *et al.*,<br><br>                    Plaintiffs,<br><br>          v.<br><br>LOS ANGELES COUNTY METROPOLITAN TRANSPORTATION AUTHORITY, *et al.*,<br><br>                    Defendants. | Case No. 2:25-cv-12355-FLA (ASx)<br><br>**ORDER APPROVING STIPULATION TO DISMISS LOS ANGELES COUNTY METROPOLITAN AUTHORITY WITHOUT PREJUDICE [DKT. 25]** |

1

On May 11, 2026, Plaintiffs Cathy Rusch and Stephen Rusch (together, "Plaintiffs") and Defendant Los Angeles County Metropolitan Transportation Authority ("Defendant") filed a Stipulation for Dismissal of Defendant Los Angeles County Metropolitan Transportation Authority Without Prejudice ("Stipulation"), dismissing the action against Defendant pursuant to Fed. R. Civ. P. 41(a)(2).  Dkt. 25. Having considered the Stipulation and finding good cause therefor, the court hereby ORDERS:

1.  Defendant is hereby DISMISSED without prejudice.

2.  Pursuant to the Stipulation, should Plaintiffs learn that Defendant employed the individual security officer involved in the incident giving rise to the above-captioned case, or was otherwise involved in the incident giving rise to this lawsuit, then Plaintiffs may reassert their claims against Defendant, and in such event, Defendant, agrees to waive any defense with respect to the statute of limitations.

IT IS SO ORDERED.

Dated: May 12, 2026

_____
FERNANDO L. AENLLE-ROCHA
United States District Judge

2