## SCHEDULE OF PRETRIAL AND TRIAL DATES STANDARD WORKSHEET

Please complete this worksheet jointly and file it with your Joint Rule 26(f) Report.
The parties must make every effort to agree on dates or the court will set them.

| Case No. | 25cv12355-FLA-AS | Case Name: | Rusch v. LACMTA, et al. |
| --- | --- | --- | --- |

| Trial and Final Pretrial Conference Dates | | Pl(s)' Date mm/dd/yyyy | Def(s)' Date mm/dd/yyyy |
| --- | --- | --- | --- |
| Check one:   ☒ Jury Trial   or   ☐ Bench Trial [Monday at 8:15 a.m. within 13-16 months of Scheduling Conference Estimated Duration: __5__ Days | | 10/4/27 | 10/4/27 |
| Final Pretrial Conference ("FPTC") [L.R. 16], Hearing on Motions in Limine [Friday at 1:30 p.m. at least 17 days before trial] | | 9/17/27 | 9/17/27 |

| Event Note: Hearings shall be on Fridays at 1:30 p.m. Other dates can be any day of the week | Time Computation | Pl(s)' Date mm/dd/yyyy | Def(s)' Date mm/dd/yyyy |
| --- | --- | --- | --- |
| Last Date to Hear Motion to Amend Pleadings or Add Parties [Friday] | 91 days after scheduling conference | 9/4/26 | 9/4/26 |
| Fact Discovery Cut-Off [Friday] (no later than deadline for filing dispositive motion) | 21 weeks before FPTC | 4/23/27 | 4/23/27 |
| Expert Disclosure (Initial) | 20 weeks before FPTC | 4/30/27 | 4/23/27 |
| Expert Disclosure (Rebuttal) | 18 weeks before FPTC | 5/14/27 | 5/14/27 |
| Expert Discovery Cut-Off | 16 weeks before FPTC | 5/28/27 | 5/28/27 |
| Last Date to Hear Motions [Friday] • Rule 56 Motion due at least 5 weeks before hearing • Opposition due 2 weeks after Motion is filed • Reply due 1 week after Opposition is filed | 12 weeks before FPTC | 6/25/27 | 6/25/27 |
| Deadline to Complete Settlement Conference [L.R. 16-15]  Select one:   ☐ 1. Magistrate Judge (with Court approval)       ☐ 2. Court Mediation Panel       ☐ 3. Private Mediation | 5 weeks before FPTC | 8/13/27 | 8/13/27 |
| Trial Filings (first round) [Friday] • Motions in Limine • Memoranda of Contentions of Fact and Law [L.R. 16-4] • Witness Lists [L.R. 16-5] • Joint Exhibit List [L.R. 16-6.1] • Joint Status Report Regarding Settlement • Proposed Findings of Fact and Conclusions of Law [L.R. 52] (bench trial only) • Declarations Containing Direct Testimony, if ordered (bench trial only) | 4 weeks before FPTC | 8/20/27 | 8/20/27 |
| Trial Filings (second round) [Friday] • Oppositions to Motions in Limine • Joint Proposed Final Pretrial Conference Order [L.R. 16-7] • Joint Agreed Proposed Jury Instructions (jury trial only) • Disputed Proposed Jury Instructions (jury trial only) • Joint Proposed Verdict Forms (jury trial only) • Joint Proposed Statement of the Case (jury trial only) • Proposed Voir Dire Questions, if any (jury trial only) • Evidentiary Objections to Declarations of Direct Testimony (bench trial only) | 2 weeks before FPTC | 9/3/27 | 9/3/27 |

Rev. 2/1/25                                                    8