Dale K. Galipo, Esq. (SBN 144074)
dalekgalipo@yahoo.com
Renee V. Masongsong, Esq. (SBN 281819)
rvalentine@galipolaw.com
LAW OFFICES OF DALE K. GALIPO
21800 Burbank Blvd., Suite 310
Woodland Hills, CA 91367
Tel: (818) 347-3333 / Fax: (818) 347-4118

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CATHY RUSCH, individually and as successor in interest to Ryan Ludwick, deceased; STEPHEN RUSCH, individually and as successor in interest to Ryan Ludwick, deceased,<br><br>Plaintiffs,<br><br>vs.<br><br>UNIVERSAL PROTECTION SERVICE LP, dba ALLIED UNIVERSAL SECURITY SERVICES; and DOES 1-10, inclusive,<br><br>Defendants. | Case No. 2:25-cv-12355-FLA-AS<br><br>**REQUEST FOR LEAVE OF COURT FOR RENEE V. MASONGSONG TO APPEAR AT THE SCHEDULING CONFERENCE IN LIEU OF LEAD TRIAL COUNSEL** |

TO THE HONORABLE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE THAT Plaintiffs' counsel hereby requests an order allowing Renee V. Masongsong to appear on behalf of lead trial counsel Dale K. Galipo at the Scheduling Conference on June 5, 2026. Plaintiffs acknowledge that the Court's Order setting the Rule 26(f) Scheduling Conference [Doc. # 17] states, "Lead trial counsel must attend unless excused by the court for good cause before the conference." Plaintiffs submit that good cause exists to allow Ms. Masongsong to appear in place of Dale K. Galipo at the Scheduling Conference because Ms. Masongsong is familiar with the above-captioned matter and the issues raised in the joint report.

Plaintiffs' counsel has notified defense counsel of this request, and defense counsel have no objection to Ms. Masongsong appearing at the Scheduling Conference on June 5, 2026, on behalf of Mr. Galipo.

For these reasons, Plaintiffs respectfully request an order allowing attorney Renee V. Masongsong to appear on behalf of Dale K. Galipo at the Scheduling conference on June 5, 2026.

DATED:  May 29, 2026        **LAW OFFICES OF DALE K. GALIPO**

By:  /s/ *Renee V. Masongsong*
Dale K. Galipo
Renee V. Masongsong
Attorneys for Plaintiffs