# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

CATHY RUSCH, individually and as successor in interest to Ryan Ludwick, deceased; STEPHEN RUSCH, individually and as successor in interest to Ryan Ludwick, deceased,

               Plaintiffs,

    vs.

UNIVERSAL PROTECTION SERVICE LP, dba ALLIED UNIVERSAL SECURITY SERVICES; and DOES 1-10, inclusive,

               Defendants.

Case No. 2:25-cv-12355-FLA-AS

**[PROPOSED] ORDER**

Having reviewed Plaintiffs' request for an order allowing Plaintiffs' counsel Renee V. Masongsong to appear on behalf of lead trial counsel Dale K. Galipo at the June 5, 2026, Scheduling Conference, and good cause having been shown, it is hereby ORDERED that Renee V. Masongsong may appear on behalf of lead trial counsel Dale K. Galipo at the June 5, 2026, Scheduling Conference in this matter.

**IT IS SO ORDERED.**

Dated:_____                    _____

                                     Hon. Fernando L. Aenlle-Rocha