# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CATHY RUSCH, et al.<br><br>Plaintiff(s),<br><br>v.<br><br>LOS ANGELES COUNTY METROPOLITAN TRANSPORTATION AUTHORITY, et al.<br><br>Defendant(s). | CASE NUMBER:<br><br>2:25−cv−12355−FLA−AS<br><br><br>**NOTICE TO FILER OF DEFICIENCIES IN FILED DOCUMENT** |

**PLEASE TAKE NOTICE:**

The following problem(s) have been found with your filed document:

Date Filed:    6/11/2026

Document No.:    34

Title of Document:    Joint Motion for Stipulated Protective Order

**ERROR(S) WITH DOCUMENT:**

Date is missing on plaintiff's counsel signature.

Exhibit A is missing case name and number

Other:

**Note:**    **In response to this notice, the Court may: 1) order an amended or corrected document to be filed; 2) order the document stricken; or 3) take other action as the Court deems appropriate. You need not take any action in response to this notice unless and until the Court directs you to do so.**

Clerk, U.S. District Court

Dated:  June 12, 2026            By:  _/s/ Alma Felix  (213) 894−1587_
                                                        Deputy Clerk

*cc: Assigned District Judge and/or Magistrate Judge*

**Please refer to the Court's website at www.cacd.uscourts.gov for Local Rules, General Orders, and applicable forms.**

G−112A(06/24) NOTICE TO FILER OF DEFICIENCIES IN FILED DOCUMENTS