# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CATHY RUSCH, et al. <br><br> Plaintiff(s), <br><br> v. <br><br> LOS ANGELES COUNTY METROPOLITAN TRANSPORTATION AUTHORITY, et al. <br><br> Defendant(s). | CASE NUMBER: <br><br> 2:25−cv−12355−FLA−AS <br><br> **ORDER IN RESPONSE TO NOTICE TO FILER OF DEFICIENCIES IN FILED DOCUMENT** |

In accordance with the Notice to Filer of Deficiencies in Filed Document

**REGARDING:**

| 06/11/2026 | 34 | Joint Motion for Stipulated Protective Order |
|---|---|---|
| Date Filed | Document. No. | Title of Document. |

**IT IS HEREBY ORDERED:**

1.) The document is STRICKEN. 2.) Parties are directed to file an Amended Motion for Stipulated Protective Order that complies with Judge Sagar's Procedures and Schedules.

DATED: June 12, 2026                     /s/ *Alka Sagar*
                                                        United States Magistrate Judge

G–112B (07/24)   **ORDER IN RESPONSE TO NOTICE TO FILER OF DEFICIENCIES IN FILED DOCUMENT**