# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CATHY RUSCH, et al.<br><br>Plaintiff(s),<br><br>v.<br><br>LOS ANGELES COUNTY METROPOLITAN TRANSPORTATION AUTHORITY, et al.<br><br>Defendant(s). | CASE NUMBER:<br><br>2:25−cv−12355−FLA−AS<br><br>**ORDER IN RESPONSE TO NOTICE TO FILER OF DEFICIENCIES IN FILED DOCUMENT** |

In accordance with the Notice to Filer of Deficiencies in Filed Document

**REGARDING:**

| | | |
|---|---|---|
| July 16, 2026 | 38 | Joint MOTION for Protective Order |
| Date Filed | Document. No. | Title of Document. |

**IT IS HEREBY ORDERED:**

Parties shall e−mail (DO NOT RE−FILE) a red−lined version of the proposed Joint Motion for Stipulated Protective Order to the Court to highlight all differences between the submitted order and the model order. Refer to Judge Sagar's Procedures and Schedules http://www.cacd.uscourts.gov/honorable−alka−sagar

DATED: July 16, 2026

_/s/ Alka Sagar_
United States Magistrate Judge

G–112B (07/24)    **ORDER IN RESPONSE TO NOTICE TO FILER OF DEFICIENCIES IN FILED DOCUMENT**