Dale K. Galipo, Esq. (SBN 144074)
dalekgalipo@yahoo.com
Renee V. Masongsong, Esq. (SBN 281819)
rvalentine@galipolaw.com
LAW OFFICES OF DALE K. GALIPO
21800 Burbank Blvd., Suite 310
Woodland Hills, CA 91367
Tel: (818) 347-3333 / Fax: (818) 347-4118

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

CATHY RUSCH, individually and as successor in interest to Ryan Ludwick, deceased; STEPHEN RUSCH, individually and as successor in interest to Ryan Ludwick, deceased,

Plaintiffs,

vs.

UNIVERSAL PROTECTION SERVICE LP, dba ALLIED UNIVERSAL SECURITY SERVICES; and DOES 1-10, inclusive,

Defendants.

Case No. 2:25-cv-12355-FLA-AS

**JOINT STIPULATION PERMITTING PLAINTIFFS TO FILE A FIRST AMENDED COMPLAINT TO NAME INDIVIDUAL DEFENDANTS IN PLACE OF DOE DEFENDANTS**

**TO THIS HONORABLE COURT:**

IT IS HEREBY STIPULATED by and between Plaintiffs CATHY RUSCH, and STEPHEN RUSCH, in each case individually and as successor in interest to Ryan Ludwick, deceased ("Plaintiffs"), and Defendant UNIVERSAL PROTECTION SERVICE LP, dba ALLIED UNIVERSAL SECURITY SERVICES (hereinafter "Allied Universal Security Services"), by and through their respective attorneys of record, as follows:

1. Plaintiffs filed their Complaint on December 30, 2025. Defendant Allied Universal Security Services answered the Complaint on April 8, 2026.

2. At the time of the filing of their Complaint, Plaintiffs were genuinely ignorant of the name of the security guards involved in the incident giving rise to this lawsuit. Subsequently, through Defendant Allied Universal Security Services' initial disclosures, Plaintiffs discovered that ALEJANDRO VASQUEZ and JONATHAN MENDOZA are Allied Universal Services employees who were involved in the incident giving rise to this lawsuit.

3. The Parties agree that Plaintiffs may file an amended complaint for the purpose of naming ALEJANDRO VASQUEZ and JONATHAN MENDOZA as individual defendants in place of DOE Defendants 1 and 2.

4. A copy of Plaintiffs' proposed First Amended Complaint (redlined) is attached hereto as "Exhibit A."

5. A copy of Plaintiffs' proposed First Amended Complaint (clean) is attached hereto as "Exhibit B."

6. Counsel for Allied Universal Security Services agrees to accept service of the First Amended Complaint on behalf of Allied Universal Security Services, by email.

7. Plaintiffs shall have 7 days to file the First Amended Complaint after the Court grants leave to do so.

8. Defendant Allied Universal Security Services shall have 14 days thereafter to file a responsive pleading.

IT IS SO STIPULATED

DATED: July 21, 2026        **LAW OFFICES OF DALE K. GALIPO**

By: /s/ *Renee V. Masongsong*
    Dale K. Galipo
    Renee V. Masongsong
    Attorneys for Plaintiffs

**WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP**

/s/ *Farid A. Sharaby*

DATED: July 21, 2026    By: _____

Farid A. Sharaby
Attorneys for Defendant UNIVERSAL PROTECTION SERVICE LP, dba ALLIED UNIVERSAL SECURITY SERVICES

Pursuant to Local Rule 5-4.3.4 (a)(2)(i), I, Renee V. Masongsong, do hereby attest that all of the signatories listed on this Stipulation, and on whose behalf the filing is submitted, concur in the filing's content and authorize the filing of this Stipulation.

/s/ *Renee V. Masongsong*

_____