**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CATHY RUSCH, individually and as successor in interest to Ryan Ludwick, deceased; STEPHEN RUSCH, individually and as successor in interest to Ryan Ludwick, deceased, | Case No. 2:25-cv-12355-FLA-AS |
| Plaintiffs, | **[PROPOSED] ORDER GRANTING THE PARTIES' JOINT STIPULATION PERMITTING PLAINTIFFS TO FILE A FIRST AMENDED COMPLAINT TO NAME INDIVIDUAL OFFICERS IN PLACE OF DOE DEFENDANTS** |
| vs. | |
| UNIVERSAL PROTECTION SERVICE LP, dba ALLIED UNIVERSAL SECURITY SERVICES; and DOES 1-10, inclusive, | |
| Defendants. | |

**TO ALL PARTIES THROUGH THEIR ATTORNEYS OF RECORD:**

Having reviewed the Parties' Stipulation to Allow Plaintiffs to Amend the Complaint to Name Individual Defendants in Place of DOE Defendants, and finding good cause therein, it is hereby ordered as follows:

1. Plaintiffs may file their First Amended Complaint for the purpose of naming ALEJANDRO VASQUEZ and JONATHAN MENDOZA in place of DOE Defendants 1 and 2, consistent with Plaintiffs' Exhibits "A" and "B" to the Parties' Stipulation.

2. Plaintiffs shall have 7 days from the date of this Order to file their First Amended Complaint.

3. Defendant Allied Universal Security Services shall have 14 days from the date of service to file their responsive pleading to Plaintiffs' First Amended Complaint.

4. Defendant Allied Universal Security Services will accept service the First Amended Complaint by email on behalf of Defendant Allied Universal Security Services.

IT IS SO ORDERED.

Dated: _____             _____

                                   Hon. Fernando L. Aenlle-Rocha
                                   United States District Judge