NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S)
OR OF PARTY APPEARING IN PRO PER

LAW OFFICES OF DALE K. GALIPO
Dale K. Galipo, Esq. (SBN 144074), dalekgalipo@yahoo.com
Renee V. Masongsong, Esq., rvalentine@galipolaw.com
21800 Burbank Blvd., Suite 310
Woodland Hills, CA 91367
Tel: (818) 347-3333 / Fax: (818) 347-4118

ATTORNEY(S) FOR: Plaintiffs

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CATHY RUSCH, et al. <br><br> Plaintiff(s), <br><br> v. <br><br> UNIVERSAL PROTECTION SERVICE LP, et al. <br><br> Defendant(s) | CASE NUMBER: <br><br> 2:25-cv-12355-FLA-AS <br><br> **CERTIFICATION AND NOTICE OF INTERESTED PARTIES** <br> **(Local Rule 7.1-1)** |

TO:     THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for _____Plaintiffs_____
or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case.  These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| CATHY RUSCH, individually and as successor in interest to Ryan Ludwick, deceased; | Plaintiff |
| STEPHEN RUSCH, individually and as successor in interest to Ryan Ludwick, deceased. | Plaintiff |
| | |
| UNIVERSAL PROTECTION SERVICE LP, dba ALLIED UNIVERSAL SECURITY SERVICES; | Defendant |
| ALEJANDRO VASQUEZ; and | Defendant |
| JONATHAN MENDOZA. | Defendant |

July 27, 2026
_____
Date

/s/ Dale K. Galipo
_____
Signature

Attorney of record for (or name of party appearing in pro per):

Plaintiffs
_____

CV-30 (05/13)                    **NOTICE OF INTERESTED PARTIES**