Dale K. Galipo, Esq. (SBN 144074)
dalekgalipo@yahoo.com
Renee V. Masongsong, Esq. (SBN 281819)
rvalentine@galipolaw.com
LAW OFFICES OF DALE K. GALIPO
21800 Burbank Blvd., Suite 310
Woodland Hills, CA 91367
Tel: (818) 347-3333 / Fax: (818) 347-4118

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CATHY RUSCH, individually and as successor in interest to Ryan Ludwick, deceased; STEPHEN RUSCH, individually and as successor in interest to Ryan Ludwick, deceased,<br><br>Plaintiffs,<br><br>vs.<br><br>UNIVERSAL PROTECTION SERVICE LP, dba ALLIED UNIVERSAL SECURITY SERVICES; ALEJANDRO VASQUEZ; JONATHAN MENDOZA; and DOES 3-10, inclusive,<br><br>Defendants. | Case No. 2:25-cv-12355-FLA-AS<br><br>Hon. Fernando L. Aenlle-Rocha<br>Magistrate Judge Alka Sagar<br><br>**PROOF OF SERVICE OF SUMMONS AND FIRST AMENDED COMPLAINT** |

**TO THIS HONORABLE COURT:**

In accordance with Rule 4(l)(1) of the Federal Rules of Civil Procedure, and Central District Local Rule 5-3.1, Plaintiffs hereby submit their proof of service of the First Amended Complaint, Summons, and other documents on Defendants ALEJANDRO VASQUEZ (attached as Exhibit "A")., and JONATHAN MENDOZA (attached as Exhibit "B").

DATED: September 9, 2026 **LAW OFFICES OF DALE K. GALIPO**

By: */s/ Renee V. Masongsong*
Dale K. Galipo Renee V. Masongsong

*Attorneys for Plaintiffs*

# EXHIBIT A

POS-010

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)*: Dale K. Galipo, Esq. (SBN 144074); Renee V. Masongsong, Esq. (SBN 281819)<br>LAW OFFICES OF DALE K. GALIPO<br>21800 Burbank Boulevard, Suite 310 Woodland Hills, CA 91367<br>TELEPHONE NO.: (818) 347-3333 \| FAX NO. \| E-MAIL ADDRESS dalekgalipo@yahoo.com; rvalentine@galipolaw.com<br>ATTORNEY FOR *(Name)*: Plaintiff: | *FOR COURT USE ONLY* |
|---|---|
| **UNITED STATES DISTRICT COURT**<br>STREET ADDRESS: 350 West 1st Street, Suite 4311<br>CITY AND ZIP CODE: Los Angeles, CA 90012<br>BRANCH NAME: CENTRAL DISTRICT OF CALIFORNIA - WESTERN | |
| PLAINTIFF/PETITIONER: CATHY RUSCH, individually and as successor in interest to Ryan Ludwick, deceased; et al.<br>DEFENDANT/RESPONDENT: UNIVERSAL PROTECTION SERVICE LP, dba ALLIED UNIVERSAL SECURITY SERVICES; et al. | CASE NUMBER:<br>2:25-cv-12355-FLA-AS |
| **PROOF OF SERVICE OF SUMMONS** | Ref. No. or File No.:<br>2630097CE |

*(Separate proof of service is required for each party served.)*

1. At the time of service I was at least 18 years of age and not a party to this action.
2. I served copies of:
   a. ☐ Summons
   b. ☐ Complaint
   c. ☐ Alternative Dispute Resolution (ADR) package
   d. ☐ Civil Case Cover Sheet
   e. ☐ Cross-Complaint
   f. ☑ other *(specify documents)*: **SEE ATTACHED LIST OF DOCUMENTS**
3. a. Party served *(specify name of party as shown on documents served)*:
   **ALEJANDRO VASQUEZ**

   b. ☐ Person (other than the party in item 3a) served on behalf of an entity or as an authorized agent (and not a person under item 5b on whom substituted service was made) *(specify name and relationship to the party named in item 3a)*:
4. Address where the party was served: **522 West 127th Street, Apartment 212**
   **Los Angeles, CA 90044**
5. I served the party *(check proper box)*
   a. ☐ **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on *(date)*: (2) at *(time)*:
   b. ☑ **by substituted service.** On *(date)*: **8/30/2026** at *(time)*: **2:00 PM** I left the documents listed in item 2 with or in the presence of *(name and title or relationship to person indicated in item 3)*:
   **"Jane Doe", Occupant**
   **Age: 48yrs | Weight: 148lbs | Hair: Gray | Sex: Female | Height: 5'7" | Eyes: Dark brown | Race: Hispanic**

   (1) ☐ **(business)** a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served. I informed him of her of the general nature of the papers.

   (2) ☑ **(home)** a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the party. I informed him or her of the general nature of the papers.

   (3) ☐ **(physical address unknown)** a person at least 18 years of age apparently in charge at the usual mailing address of the person to be served, other than a United States Postal Service post office box. I informed him of her of the general nature of the papers.

   (4) ☑ I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc., §415.20). I mailed the documents on *(date)*: **8/31/2026** from *(city)*: **Los Angeles, CA** **or** ☐ a declaration of mailing is attached.

   (5) ☑ I attach a **declaration of diligence** stating actions taken first to attempt personal service.

| Plaintiff: **CATHY RUSCH, individually and as successor in interest to Ryan Ludwick, deceased; et al.**<br>Defendant: **UNIVERSAL PROTECTION SERVICE LP, dba ALLIED UNIVERSAL SECURITY SERVICES; et al.** | CASE NUMBER:<br>**2:25-cv-12355-FLA-AS** |
|---|---|

c. ☐ **by mail and acknowledgment of receipt of service.** I mailed the documents listed in item 2 to the party, to the address shown in item 4, by first-class mail, postage prepaid,

(1) on *(date):* (2) from *(city):*

(3) ☐ with two copies of the *Notice and Acknowledgment of Receipt* and a postage-paid return envelope addressed to me. *(Attach completed* Notice and Acknowledgement of Receipt.) (Code Civ. Proc., § 415.30.)

(4) ☐ to an address outside California with return receipt requested. (Code Civ. Proc., § 415.40.)

d. ☐ **by other means** *(specify means of service and authorizing code section):*

☐ Additional page describing service is attached.

6. The "Notice to the Person Served" (on the summons) was completed as follows:

a. ☑ as an individual defendant.
b. ☐ as the person sued under the fictitious name of *(specify):*
c. ☐ as occupant.
d. ☑ On behalf of *(specify):* **INDIVIDUAL**
under the following Code of Civil Procedure section:

☐ 416.10 (corporation)
☐ 416.20 (defunct corporation)
☐ 416.30 (joint stock company/association)
☐ 416.40 (association or partnership)
☐ 416.50 (public entity)
☐ 415.95 (business organization, form unknown)
☐ 416.60 (minor)
☐ 416.70 (ward or conservatee)
☐ 416.90 (authorized person)
☐ 415.46 (occupant)
☑ other: **4(e)(2)(B)**

7. **Person who served papers**
a. Name: **Juan Carlos Altamirano - Ace Attorney Service, Inc.**
b. Address: **800 S. Figueroa Street, Suite 900 Los Angeles, CA 90017**
c. Telephone number: **(213) 623-3979**
d. **The fee** for service was: **$175.43**
e. I am:

(1) ☐ not a registered California process server.
(2) ☐ exempt from registration under Business and Professions Code section 22350(b).
(3) ☑ registered California process server:
(i) ☐ owner ☑ employee ☐ independent contractor.
(ii) Registration No.: **2023184943**
(iii) County: **LOS ANGELES**

**8.** ☑ **I declare** under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

or

9. ☐ **I am a California sheriff or marshal and** I certify that the foregoing is true and correct.

Date: **9/4/2026**

**Juan Carlos Altamirano**
(NAME OF PERSON WHO SERVED PAPERS/SHERIFF OR MARSHAL)

(Signature - Per CC §1633.7)

ATTACHED LIST OF DOCUMENTS

FIRST AMENDED COMPLAINT

CERTIFICATION AND NOTICE OF INTERESTED PARTIES;

SUMMONS IN A CIVIL ACTION re FIRST AMENDED COMPLAINT;

DEFENDANT UNIVERSAL PROTECTION SERVICE, LP DBA ALLIED UNIVERSAL SECURITY SERVICES' ANSWER TO PLAINTIFFS' FIRST AMENDED COMPLAINT DEMAND FOR JURY TRIAL;

CIVIL COVER SHEET;

NOTICE OF ASSIGNMENT TO UNITED STATES JUDGES;

NOTICE TO PARTIES OF COURT-DIRECTED ADR PROGRAM

(Required for verified pleading) The items on this page stated on information and belief are (specifiy item numbers, **not** line numbers):

This page may be used with any Judicial Council form or any other paper filed with the court.

# DECLARATION OF DUE-DILIGENCE

CASE NAME: **CATHY RUSCH, individually and as successor in interest to Ryan Ludwick, deceased; et al.**

v.

**UNIVERSAL PROTECTION SERVICE LP, dba ALLIED UNIVERSAL SECURITY SERVICES; et al.**

CASE NUMBER: **2:25-cv-12355-FLA-AS**

I am and was on the dates herein mentioned, over the age of 18 years and not a party to the action. I received the within process on August 25, 2026 and after due and diligent effort, I have been unable to effect personal service of the following document(s) on the within named: **FIRST AMENDED COMPLAINT; CERTIFICATION AND NOTICE OF INTERESTED PARTIES;SUMMONS IN A CIVIL ACTION re FIRST AMENDED COMPLAINT;DEFENDANT UNIVERSAL PROTECTION SERVICE, LP DBA ALLIED UNIVERSAL SECURITY SERVICES' ANSWER TO PLAINTIFFS' FIRST AMENDED COMPLAINT; DEMAND FORJURY TRIAL;CIVIL COVER SHEET;NOTICE OF ASSIGNMENT TO UNITED STATES JUDGES; NOTICE TO PARTIES OF COURT-DIRECTED ADR PROGRAM**

Name: **ALEJANDRO VASQUEZ**

1st Address: **522 West 127th Street, Apartment 212**
**Los Angeles, CA 90044**

Dates and times of attempts with reported details are listed below:

| Date | Time | Server | Result |
|---|---|---|---|
| 8/26/2026 | 7:27 PM | Juan Carlos Altamirano | I arrived at the address given for service of process. The address corresponds to a residence. I tried the callbox, but the name of the subject was not there. I waited 15 minutes until someone left and allowed me access. The lights were off inside the subject's residence. I knocked but there was no answer. |
| 8/28/2026 | 11:04 AM | Shakobi Jamahl Goodman Jr. | I arrived at the address given for service of process. I was able to gain access inside; I knocked multiple times, but there was no answer. |
| 8/30/2026 | 2:00 PM | Juan Carlos Altamirano | I arrived at the address given for service of process. I knocked and an occupant answered. The subject was not there. As such, I was able to substitute serve "Jane Doe" (Female, Hispanic, ~48yrs, 5'7", 148lbs, Dark brown eyes, Gray hair), Occupant, on behalf of ALEJANDRO VASQUEZ. |

I declare under penalty of perjury that the foregoing is true and correct. Executed this 4th day of September, 2026 at Los Angeles, California.

Process Server for
**Ace Attorney Service, Inc.**
800 S. Figueroa Street, Suite 900
Los Angeles, CA 90017
(213) 623-3979

**Juan Carlos Altamirano**

Shakobi Jamahl Goodman Jr.



Order#: 2630097/POS2

# EXHIBIT B

POS-010

ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)*
Dale K. Galipo, Esq. (SBN 144074); Renee V. Masongsong, Esq. (SBN 281819)
LAW OFFICES OF DALE K. GALIPO
21800 Burbank Boulevard, Suite 310 Woodland Hills, CA 91367
TELEPHONE NO.: (818) 347-3333 | FAX NO. | E-MAIL ADDRESS dalekgalipo@yahoo.com; rvalentine@galipolaw.com
ATTORNEY FOR *(Name)*: Plaintiff:

*FOR COURT USE ONLY*

**UNITED STATES DISTRICT COURT**
STREET ADDRESS: 350 West 1st Street, Suite 4311
CITY AND ZIP CODE: Los Angeles, CA 90012
BRANCH NAME: CENTRAL DISTRICT OF CALIFORNIA - WESTERN

PLAINTIFF/PETITIONER: CATHY RUSCH, individually and as successor in interest to Ryan Ludwick, deceased; et al.
DEFENDANT/RESPONDENT: UNIVERSAL PROTECTION SERVICE LP, dba ALLIED UNIVERSAL SECURITY SERVICES; et al.

CASE NUMBER: 2:25-cv-12355-FLA-AS

**PROOF OF SERVICE OF SUMMONS**

Ref. No. or File No.: 2630098CE

*(Separate proof of service is required for each party served.)*

1. At the time of service I was at least 18 years of age and not a party to this action.
2. I served copies of:
   a. ☐ Summons
   b. ☐ Complaint
   c. ☐ Alternative Dispute Resolution (ADR) package
   d. ☐ Civil Case Cover Sheet
   e. ☐ Cross-Complaint
   f. ☑ other *(specify documents)*: **SEE ATTACHED LIST OF DOCUMENTS**
3. a. Party served *(specify name of party as shown on documents served)*:
   **JONATHAN MENDOZA**

   b. ☐ Person (other than the party in item 3a) served on behalf of an entity or as an authorized agent (and not a person under item 5b on whom substituted service was made) *(specify name and relationship to the party named in item 3a)*:
4. Address where the party was served: **6022 Woodward Avenue Maywood, CA 90270**
5. I served the party *(check proper box)*
   a. ☐ **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on *(date)*: (2) at *(time)*:
   b. ☑ **by substituted service.** On *(date)*: **9/1/2026** at *(time)*: **6:45 PM** I left the documents listed in item 2 with or in the presence of *(name and title or relationship to person indicated in item 3)*:
   **"Jane Doe", Occupant**
   **Age: 40yrs | Weight: 170lbs | Hair: Brown | Sex: Female | Height: 5'5 | Eyes: Brown | Race: Hispanic**
   (1) ☐ **(business)** a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served. I informed him of her of the general nature of the papers.
   (2) ☑ **(home)** a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the party. I informed him or her of the general nature of the papers.
   (3) ☐ **(physical address unknown)** a person at least 18 years of age apparently in charge at the usual mailing address of the person to be served, other than a United States Postal Service post office box. I informed him of her of the general nature of the papers.
   (4) ☑ I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc., §415.20). I mailed the documents on *(date)*: **9/1/2026** from *(city)*: **Los Angeles, CA** **or** ☐ a declaration of mailing is attached.
   (5) ☑ I attach a **declaration of diligence** stating actions taken first to attempt personal service.

c. ☐ **by mail and acknowledgment of receipt of service.** I mailed the documents listed in item 2 to the party, to the address shown in item 4, by first-class mail, postage prepaid,

(1) on *(date):* (2) from *(city):*

(3) ☐ with two copies of the *Notice and Acknowledgment of Receipt* and a postage-paid return envelope addressed to me. *(Attach completed* Notice and Acknowledgement of Receipt.) (Code Civ. Proc., § 415.30.)

(4) ☐ to an address outside California with return receipt requested. (Code Civ. Proc., § 415.40.)

d. ☐ **by other means** *(specify means of service and authorizing code section):*

☐ Additional page describing service is attached.

6. The "Notice to the Person Served" (on the summons) was completed as follows:

a. ☑ as an individual defendant.
b. ☐ as the person sued under the fictitious name of *(specify):*
c. ☐ as occupant.
d. ☑ On behalf of *(specify):* **INDIVIDUAL**
under the following Code of Civil Procedure section:

☐ 416.10 (corporation)
☐ 416.20 (defunct corporation)
☐ 416.30 (joint stock company/association)
☐ 416.40 (association or partnership)
☐ 416.50 (public entity)
☐ 415.95 (business organization, form unknown)
☐ 416.60 (minor)
☐ 416.70 (ward or conservatee)
☐ 416.90 (authorized person)
☐ 415.46 (occupant)
☑ other: **4(e)(2)(B)**

7. **Person who served papers**
a. Name: **Gabriel Guerrero - Ace Attorney Service, Inc.**
b. Address: **800 S. Figueroa Street, Suite 900 Los Angeles, CA 90017**
c. Telephone number: **(213) 623-3979**
d. **The fee** for service was: **$ 306.86**
e. I am:

(1) ☐ not a registered California process server.
(2) ☐ exempt from registration under Business and Professions Code section 22350(b).
(3) ☑ registered California process server:
(i) ☐ owner ☑ employee ☐ independent contractor.
(ii) Registration No.: **PS-6746**
(iii) County: **ORANGE**

**8.** ☑ **I declare** under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

or

9. ☐ **I am a California sheriff or marshal and** I certify that the foregoing is true and correct.

Date: **9/4/2026**

**Gabriel Guerrero**
(NAME OF PERSON WHO SERVED PAPERS/SHERIFF OR MARSHAL)

(Signature - Per CC §1633.7)

ATTACHED LIST OF DOCUMENTS

FIRST AMENDED COMPLAINT

CERTIFICATION AND NOTICE OF INTERESTED PARTIES;

SUMMONS IN A CIVIL ACTION re FIRST AMENDED COMPLAINT;

DEFENDANT UNIVERSAL PROTECTION SERVICE, LP DBA ALLIED UNIVERSAL SECURITY SERVICES' ANSWER TO PLAINTIFFS' FIRST AMENDED COMPLAINT DEMAND FOR JURY TRIAL;

CIVIL COVER SHEET;

NOTICE OF ASSIGNMENT TO UNITED STATES JUDGES

NOTICE TO PARTIES OF COURT-DIRECTED ADR PROGRAM

(Required for verified pleading) The items on this page stated on information and belief are (specifiy item numbers, **not** line numbers):

This page may be used with any Judicial Council form or any other paper filed with the court.

# DECLARATION OF DUE-DILIGENCE

CASE NAME: **CATHY RUSCH, individually and as successor in interest to Ryan Ludwick, deceased; et al.**
v.
**UNIVERSAL PROTECTION SERVICE LP, dba ALLIED UNIVERSAL SECURITY SERVICES; et al.**

CASE NUMBER: **2:25-cv-12355-FLA-AS**

I am and was on the dates herein mentioned, over the age of 18 years and not a party to the action. I received the within process on August 25, 2026 and after due and diligent effort, I have been unable to effect personal service of the following document(s) on the within named: **FIRST AMENDED COMPLAINT; CERTIFICATION AND NOTICE OF INTERESTED PARTIES;SUMMONS IN A CIVIL ACTION re FIRST AMENDED COMPLAINT;DEFENDANT UNIVERSAL PROTECTION SERVICE, LP DBA ALLIED UNIVERSAL SECURITY SERVICES' ANSWER TO PLAINTIFFS' FIRST AMENDED COMPLAINT; DEMAND FORJURY TRIAL;CIVIL COVER SHEET;NOTICE OF ASSIGNMENT TO UNITED STATES JUDGES; NOTICE TO PARTIES OF COURT-DIRECTED ADR PROGRAM**

Name: **JONATHAN MENDOZA**

1st Address: **6022 Woodward Avenue**
**Maywood, CA 90270**

Dates and times of attempts with reported details are listed below:

| Date | Time | Server | Result |
|---|---|---|---|
| 8/26/2026 | 7:15 PM | Gabriel Guerrero | I arrived at the address given for service of process. The address corresponds to a residence. I could not access the locked gate; I shouted out, "hello" but there was no answer. |
| 8/28/2026 | 2:30 PM | Bobbie A. Ascate | I arrived at the address given for service of process. The residence was locked and gated, and I could not get inside the complex. I shouted, "hello" but there was no answer. |
| 8/31/2026 | 6:10 PM | Gabriel Guerrero | I arrived at the address given for service of process. It was locked and gated, and I could not get inside to knock on the main door. I shouted out, "hello" multiple times and honked my horn but had no luck. |
| 9/1/2026 | 6:45 PM | Gabriel Guerrero | I arrived at the address given for service of process. I arrived at the address given for service of process. A woman was outside playing with her kids. I asked her to confirm if the subject lived here and she said yes. She then went inside the residence to see if the subject was home. "Jane Doe" (Hispanic, Female, ~40yrs, 5'5", 170lbs, Brown hair, Brown eyes), Occupant, came outside and said that the subject was not home. She then said that the subject did not live there and immedately next claimed she did not know the subject. When I told her this was the subject's address, she said I could leave the documents in the mailbox but she would not touch them. I left the documents in the mailbox and announced service. As such, I was able to substitute serve "Jane Doe" (Hispanic, Female, ~40yrs, 5'5", 170lbs, Brown hair, Brown eyes), Occupant, on behalf of JONATHAN MENDOZA. |

## DECLARATION OF DUE-DILIGENCE

CASENAME: **CATHY RUSCH, individually and as successor in interest to Ryan Ludwick, deceased; et al.**

v.

**UNIVERSAL PROTECTION SERVICE LP, dba ALLIED UNIVERSAL SECURITY SERVICES; et al.**

CASE NUMBER: **2:25-cv-12355-FLA-AS**

I declare under penalty of perjury that the foregoing is true and correct. Executed this 4th day of September, 2026 at Los Angeles, California.

Process Server for
**Ace Attorney Service, Inc.**
800 S. Figueroa Street, Suite 900
Los Angeles, CA 90017
(213) 623-3979

**Bobbie A. Ascate**

Gabriel Guerrero



Order#: 2630098/POS2