# SUPREME COURT




# State of Colorado.

STATE OF COLORADO, ss:

I, ***Marizela Cano***, Clerk of the Supreme Court of the State of Colorado, do hereby certify that

***MARC F. BENDINELLI***

has been duly licensed and admitted to practice as an

ATTORNEY AND COUNSELOR AT LAW

within this State; and that this name appears upon the Roll of Attorneys and Counselors at Law in my office of date the ***15th*** day of ***September*** A.D. ***1997*** and that at the date hereof the said ***MARC F. BENDINELLI*** is in good standing at this Bar.

**IN WITNESS WHEREOF**, I have hereunto subscribed my name and affixed the Seal of said Supreme Court, at Denver, in said State, this ***16th*** day of ***September*** A.D. ***2026***

***Marizela Cano***
Clerk

By ____________________
Deputy Clerk