# VIRGINIA STATE BAR

## CERTIFICATE OF GOOD STANDING

THIS IS TO CERTIFY THAT **MARCO FRANK BENDINELLI** IS AN ASSOCIATE (INACTIVE) MEMBER OF THE VIRGINIA STATE BAR IN GOOD STANDING. **MARCO FRANK BENDINELLI** WAS LICENSED TO PRACTICE LAW IN VIRGINIA ON **MAY 30, 1996**, AFTER SUCCESSFULLY PASSING THE BAR EXAMINATION GIVEN BY THE BOARD OF BAR EXAMINERS.

Issued September 17, 2026

DaVida M. Davis

*DaVida M. Davis*
**Director of Regulatory Compliance**