Name and address:
Marco F. Bendinelli, Esq.
9035 Wadsworth Pkwy, Ste. 4000
Westminster, CO 80021
(303) 940-9900

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

CATHY RUSCH, individually and as successor in interest to Ryan Ludwick, deceased; et al

Plaintiff(s)

v.

LOS ANGELES COUNTY METROPOLITAN TRANSPORTATION AUTHORITY et al

Defendant(s).

CASE NUMBER

2:25-cv-12355-FLA-AS

**(PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE***

**The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by**

Bendinelli, Marco F.
*Applicant's Name (Last Name, First Name & Middle Initial)*

303-940-9900
*Telephone Number*

303-940-9933
*Fax Number*

mfb@colawfirm.com
*E-Mail Address*

of

Bendinelli Law Firm PC
9035 Wadsworth Pkwy, Ste. 4000
Westminster, CO 80021
(303) 940-9900
*Firm/Agency Name & Address*

**for permission to appear and participate in this case on behalf of**

CATHY RUSCH, individually and as successor in interest to Ryan Ludwick, deceased

STEPHEN RUSCH, individually and as successor in interest to Ryan Ludwick, deceased

*Name(s) of Party(ies) Represented*

☒ *Plaintiff(s)* ☐ *Defendant(s)* ☐ *Other:* ______

**and designating as Local Counsel**

Galipo, Dale K.
*Designee's Name (Last Name, First Name & Middle Initial)*

144074
*Designee's Cal. Bar No.*

818-347-3333
*Telephone Number*

818-347-4118
*Fax Number*

dalekgalipo@yahoo.com
*E-Mail Address*

of

LAW OFFICES OF DALE K. GALIPO
21800 Burbank Boulevard, Suite 310
Woodland Hills, California 91367
(818) 347-3333
*Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**

☐ GRANTED.

☐ DENIED: ☐ for failure to pay the required fee.

☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.

☐ for failure to complete Application: ______

☐ pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.

☐ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office in District.

☐ because ______

**IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid:** ☐ be refunded ☐ not be refunded.

**Dated** ______

______
**U.S. District Judge/U.S. Magistrate Judge**