**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CATHY RUSCH, et al.<br>PLAINTIFF(S)<br>v.<br>LOS ANGELES COUNTY METROPOLITAN TRANSPORTATION AUTHORITY, et al.<br>DEFENDANT(S). | CASE NUMBER:<br>2:25–cv–12355–FLA–AS<br>**ORDER IN RESPONSE TO NOTICE TO FILER OF DEFICIENCIES IN FILED DOCUMENT** |

In accordance with the Notice to Filer of Deficiencies in Filed Document

**REGARDING:**

| Date Filed | Document No. | Title of Document |
|---|---|---|
| 10/09/2026 | 54 | Answer by Defendant Jonathan Mendoza |

**IT IS HEREBY ORDERED:**

- ☐ The document is stricken
- ☐ The hearing date has been rescheduled to ______________ at ________.
- ☑ A notice of interested parties shall be filed no later than 5 days from entry of this Order.
- ☐ Other:

Dated: 10/14/2026

By: [signature]
United States District Judge